

**LEGAL ONLY**

Infinity
CDCR# C27692 C3/203/low
Ironwood State Prison (ISP)
19005 Wiley's Well Road
P.O. Box 2199
Blythe, CA 92226

RECEIVED

U.S. District Court
For The Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Attn. Clerk; this One of Two Envelopes