FILED

AUG - 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

∞ Infinity
CDCR # C27692
Ironwood State Prison (ISP)
19005 Wiley's Well Road
Blythe, CA 92226

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CW
C 07 4022

∞ Infinity,
                    Plaintiff,

vs.

Supreme Court
of California, et al.,
                    Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Infinity__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: __Ironwood State Prison__

Gross: __∅__   Net: __∅__

Employer: __D. Dexter, Warden, ISP 19005 Wiley's Well Road, Blythe, CA 92226__

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                           Yes ___ No ✓
10           self employment
11      b.   Income from stocks, bonds,                        Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                                    Yes ___ No ✓
14      d.   Pensions, annuities, or                           Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,                Yes ___ No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                                      Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____   - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?    Yes ____ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?    Yes ____ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.  Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ____ No ____ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No ____
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ ____∅____  Utilities: ____∅____
23 Food: $ ____∅____  Clothing: ____∅____
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 ____∅____        $ ____∅____        $ ____∅____
27 ____∅____        $ ____∅____        $ ____∅____
28 ____∅____        $ ____∅____        9.  Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 3 -

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do <u>not</u> include account numbers.)
3 | _____
4 | _____

5 | 10.    Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?    Yes ___    No ✓
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | ∞ v. Ahmad, et al. case #07SC03120 Super.
10 | Ct. of Sacramento, Small claims
11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

16 | 7/31/2007                                    ∞
17 |    DATE                            SIGNATURE OF APPLICANT

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___Infinity  C27692___ for the last six months at
[prisoner name]
___Ironwood_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $__0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__0__.

Dated: 5/18/07                    _____
                                  Authorized officer of the institution

(rev. 5/96)                        11

Case Number: _____

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____

_____
[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030                                      REPORT DATE: 05/17/07
                                                       PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          IRONWOOD STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: NOV. 01, 2006 THRU MAY 17, 2007

ACCOUNT NUMBER : CX7692                BED/CELL NUMBER: CFB300000000203L
ACCOUNT NAME   : INFINITY,             ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          CURRENT HOLDS IN EFFECT
  DATE        HOLD
 PLACED       CODE      DESCRIPTION         COMMENT        HOLD AMOUNT
 ------       ----      -----------         -------        -----------
04/30/2007    H110    COPIES HOLD          5021/COPY            2.10
04/30/2007    H110    COPIES HOLD          5021/COPY            1.10
04/30/2007    H110    COPIES HOLD          5021/COPY            4.80
05/08/2007    H107    POSTAGE HOLD         5163/POST            3.03
05/08/2007    H109    LEGAL POSTAGE HOLD   5163/LPOST           4.80
05/08/2007    H118    LEGAL COPIES HOLD    5163/LCOPY          37.20
05/08/2007    H118    LEGAL COPIES HOLD    5163/LCOPY           2.20
05/08/2007    H118    LEGAL COPIES HOLD    5163/LCOPY           4.90
05/09/2007    H110    COPIES HOLD          5186/COPY            2.70
05/09/2007    H118    LEGAL COPIES HOLD    5186/COPY           46.70
05/09/2007    H118    LEGAL COPIES HOLD    5186/COPY            4.40
05/11/2007    H107    POSTAGE HOLD         5234/POST            5.00
05/11/2007    H107    POSTAGE HOLD         5234/POST            1.11

                          TRUST ACCOUNT SUMMARY
BEGINNING     TOTAL      TOTAL       CURRENT      HOLDS        TRANSACTIONS
 BALANCE     DEPOSITS  WITHDRAWALS   BALANCE     BALANCE       TO BE POSTED
---------    --------  -----------   -------     -------       ------------
   0.00        0.00        0.00       0.00       120.04            0.00

                                                      CURRENT
                                                      AVAILABLE
                                                      BALANCE
                                                      ---------
                                                      120.04-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:  J Royer  5-18-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
      TRUST OFFICE

```
REPORT ID: TS3030                                    REPORT DATE: 05/08/07
                                                     PAGE NO:           1
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                            IRONWOOD STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: DEC. 01, 2006 THRU MAY 08, 2007

ACCOUNT NUMBER : C27692              BED/CELL NUMBER: CFB300000000203L
ACCOUNT NAME   : INFINITY,              ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                             TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                           CURRENT HOLDS IN EFFECT
   DATE      HOLD
  PLACED     CODE       DESCRIPTION           COMMENT      HOLD AMOUNT
  ------     ----    -------------------     ----------    -----------
 03/14/2007  H110    COPIES HOLD             4316/COPY          0.80
 04/16/2007  H107    POSTAGE HOLD            4841/POST          0.87
 04/16/2007  H110    COPIES HOLD             4841/COPY          1.10
 04/18/2007  H107    POSTAGE HOLD            4877/POST          0.63
 04/19/2007  H107    POSTAGE HOLD            4893/POST          1.35
 04/19/2007  H110    COPIES HOLD             4893/COPY          0.70
 04/19/2007  H118    LEGAL COPIES HOLD       4893/LCOPY         0.90
 04/19/2007  H118    LEGAL COPIES HOLD       4893/LCOPY         3.20
 04/26/2007  H118    LEGAL COPIES HOLD       4995/LCOPY        13.40
 04/30/2007  H109    LEGAL POSTAGE HOLD      5021/LPOST         1.83
 04/30/2007  H110    COPIES HOLD             5021/COPY          2.10
 04/30/2007  H110    COPIES HOLD             5021/COPY          1.10
 04/30/2007  H110    COPIES HOLD             5021/COPY          4.80

                            TRUST ACCOUNT SUMMARY
  BEGINNING     TOTAL       TOTAL       CURRENT      HOLDS     TRANSACTIONS
   BALANCE    DEPOSITS   WITHDRAWALS    BALANCE     BALANCE    TO BE POSTED
  ---------   --------   -----------    -------     -------    ------------
     0.00        0.00        0.00         0.00       32.78          0.00


                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                      ---------
                                                        32.78-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE