FILED
AUG 23 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

∞
Infinity
CDCR# C27692 C3/203/Low
Ironwood State Prison (ISP)
19005 wiley's well Road
Blythe, CA 9222C
pro Se & In Forma Pauperis

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

∞
Plaintiff,

vs.

Supreme Ct. of Cal., Et Al.
Defendant.

CASE NO. C 07 4022 CW

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Infinity, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Ø Net: Ø

Employer: D. Dexter, warden of Ironwood State Prison

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

________________________________________

________________________________________

________________________________________

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ____ No ✓

b. Income from stocks, bonds, or royalties? — Yes ____ No ✓

c. Rent payments? — Yes ____ No ✓

d. Pensions, annuities, or life insurance payments? — Yes ____ No ✓

e. Federal or State welfare payments, Social Security or other government source? — Yes ____ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

________________________________________

________________________________________

3. Are you married? — Yes ____ No ✓

Spouse's Full Name: ____________________________

Spouse's Place of Employment: ____________________________

Spouse's Monthly Salary, Wages or Income:

Gross $________________ Net $________________

4. a. List amount you contribute to your spouse's support:$ ________________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ___ No ✓

Estimated Market Value: $___________ Amount of Mortgage: $___________

6. Do you own an automobile? Yes ___ No ✓

Make ___________ Year ___________ Model ___________

Is it financed? Yes ____ No _____ If so, Total due: $ ___________

Monthly Payment: $ ___________

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________

______________________________________________

Present balance(s): $ ______________________________

Do you own any cash? Yes ___ No ___ Amount: $ ___________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

______________________________________________

8. What are your monthly expenses?

Rent: $ Ø Utilities: Ø

Food: $ Ø Clothing: Ø

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| Ø | $ Ø | $ Ø |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_______________________________________________

_______________________________________________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

∞ v. G. Ahmed, et al case #07SC03120

Superior Court of California, Sacramento County

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8/12/2007 ∞

DATE SIGNATURE OF APPLICANT

Case Number: C 07 4022 CW

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of INFINITY [prisoner name] for the last six months Ironwood State Prison [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ -0- and the average balance in the prisoner's account each month for the most recent 6-month period was $ -0-.

Dated: 8·15·07

[signature]
[Authorized officer of the institution]

# Memorandum

Case Number:_______________

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that the attached hereto is a true and correct copy of The prisoner's trust account statement showing transactions of

**INFINITY - C27692** for the last six months at
(Prisoner name)

**Ironwood State Prison** where (s)he is confined.
(name of institution)

I further certify that the average deposits each month to this Prisoner's account for the most recent 6-mouth were **$ .00** and The average balance in the prisoner's account each month for the most recent 6-month period was **$ .00**.

Dated: 8/16/07

(Authorized Officer of the Institution)

IRONWOOD STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 01, 2007 THRU AUG. 14, 2007

ACCT: C27692 ACCT NAME: INFINITY, ACCT TYPE: I

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 08/02/2007 | H107 | POSTAGE HOLD | 0528/POST | 1.48 |
| 08/02/2007 | H107 | POSTAGE HOLD | 0528/POST | 1.48 |
| 08/02/2007 | H107 | POSTAGE HOLD | 0554/POST | 1.14 |
| 08/02/2007 | H107 | POSTAGE HOLD | 0554/POST | 1.82 |
| 08/02/2007 | H107 | POSTAGE HOLD | 0554/POST | 1.82 |
| 08/09/2007 | H107 | POSTAGE HOLD | 0671/POST | 1.99 |
| 08/09/2007 | H118 | LEGAL COPIES HOLD | 0671/LCOPY | 11.60 |
| 08/09/2007 | H118 | LEGAL COPIES HOLD | 0671/LCOPY | 4.70 |
| 08/09/2007 | H118 | LEGAL COPIES HOLD | 0671/LCOPY | 3.00 |
| 08/10/2007 | H109 | LEGAL POSTAGE HOLD | 0704/LPOST | 1.14 |
| 08/10/2007 | H109 | LEGAL POSTAGE HOLD | 0704/LPOST | 1.87 |
| 08/10/2007 | H109 | LEGAL POSTAGE HOLD | 0704/LPOST | 2.50 |
| 08/10/2007 | H118 | LEGAL COPIES HOLD | 0704/LCOPY | 3.90 |
| 08/14/2007 | H107 | POSTAGE HOLD | 0751//POST | 5.60 |
| 08/14/2007 | H107 | POSTAGE HOLD | 0751//POST | 1.65 |
| 08/14/2007 | H107 | POSTAGE HOLD | 0751//POST | 1.31 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 283.76 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 283.76- |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
IRONWOOD STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 01, 2007 THRU AUG. 14, 2007

ACCOUNT NUMBER : C27692 BED/CELL NUMBER: CFB300000000203L
ACCOUNT NAME : INFINITY, ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 05/30/2007 | H110 | COPIES HOLD | 5451/COPY | 6.10 |
| 06/13/2007 | H110 | COPIES HOLD | 5748/COPY | 2.80 |
| 06/29/2007 | H107 | POSTAGE HOLD | 6039/POST | 0.87 |
| 07/09/2007 | H107 | POSTAGE HOLD | 0119/ POST | 0.97 |
| 07/09/2007 | H107 | POSTAGE HOLD | 0119/POST | 0.97 |
| 07/09/2007 | H107 | POSTAGE HOLD | 0119/POST | 5.05 |
| 07/09/2007 | H107 | POSTAGE HOLD | 0119/POST | 1.14 |
| 07/09/2007 | H107 | POSTAGE HOLD | 0119/POST | 4.60 |
| 07/09/2007 | H107 | POSTAGE HOLD | 0119/POST | 0.97 |
| 07/10/2007 | H110 | COPIES HOLD | 0141/COPY | 3.10 |
| 07/10/2007 | H110 | COPIES HOLD | 0141/COPY | 6.80 |
| 07/12/2007 | H107 | POSTAGE HOLD | 0189/POST | 1.82 |
| 07/12/2007 | H107 | POSTAGE HOLD | 0189/POST | 1.14 |
| 07/12/2007 | H107 | POSTAGE HOLD | 0189/POST | 5.30 |
| 07/12/2007 | H107 | POSTAGE HOLD | 0189/POST | 1.82 |
| 07/17/2007 | H107 | POSTAGE HOLD | 0264/POST | 5.30 |
| 07/17/2007 | H107 | POSTAGE HOLD | 0264/POST | 5.05 |
| 07/23/2007 | H107 | POSTAGE HOLD | 0360/POST | 0.97 |
| 07/23/2007 | H107 | POSTAGE HOLD | 0360/POST | 1.14 |
| 07/24/2007 | H110 | COPIES HOLD | 0378/COPY | 1.00 |
| 07/24/2007 | H110 | COPIES HOLD | 0378/COPY | 11.80 |
| 07/24/2007 | H118 | LEGAL COPIES HOLD | 0378/LCOPY | 2.40 |
| 07/24/2007 | H118 | LEGAL COPIES HOLD | 0378/LCOPY | 13.10 |
| 07/27/2007 | H107 | POSTAGE HOLD | 0444/POST | 1.14 |
| 07/27/2007 | H107 | POSTAGE HOLD | 0444/POST | 1.14 |
| 07/27/2007 | H107 | POSTAGE HOLD | 0444/POST | 1.31 |
| 07/27/2007 | H107 | POSTAGE HOLD | 0444/POST | 1.14 |
| 08/01/2007 | H118 | LEGAL COPIES HOLD | 0505/LCOPY | 5.00 |
| 08/01/2007 | H118 | LEGAL COPIES HOLD | 0505/LCOPY | 5.80 |
| 08/02/2007 | H110 | COPIES HOLD | 0524/COPY | 0.60 |
| 08/02/2007 | H110 | COPIES HOLD | 0524/COPY | 0.80 |
| 08/02/2007 | H118 | LEGAL COPIES HOLD | 0524/LCOPY | 10.00 |
| 08/02/2007 | H118 | LEGAL COPIES HOLD | 0524/LCOPY | 10.20 |
| 08/02/2007 | H118 | LEGAL COPIES HOLD | 0524/LCOPY | 13.10 |
| 08/02/2007 | H118 | LEGAL COPIES HOLD | 0524/LCOPY | 1.00 |
| 08/02/2007 | H118 | LEGAL COPIES HOLD | 0524/LCOPY | 83.50 |
| 08/02/2007 | H107 | POSTAGE HOLD | 0528/POST | 5.05 |
| 08/02/2007 | H107 | POSTAGE HOLD | 0528/POST | 5.05 |
| 08/02/2007 | H107 | POSTAGE HOLD | 0528/POST | 2.67 |
| 08/02/2007 | H107 | POSTAGE HOLD | 0528/POST | 5.05 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY TRUST OFFICE

REPORT ID: TS3030

REPORT DATE: 05/01/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
IRONWOOD STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2006 THRU MAY 01, 2007

ACCOUNT NUMBER : C27692
ACCOUNT NAME : INFINITY,
PRIVILEGE GROUP: A

BED/CELL NUMBER: CFB300000000203L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 03/14/2007 | H110 | COPIES HOLD | 4316/COPY | 0.80 |
| 04/16/2007 | H107 | POSTAGE HOLD | 4841/POST | 0.87 |
| 04/16/2007 | H110 | COPIES HOLD | 4841/COPY | 1.10 |
| 04/18/2007 | H107 | POSTAGE HOLD | 4877/POST | 0.63 |
| 04/19/2007 | H107 | POSTAGE HOLD | 4893/POST | 1.35 |
| 04/19/2007 | H110 | COPIES HOLD | 4893/COPY | 0.70 |
| 04/19/2007 | H118 | LEGAL COPIES HOLD | 4893/LCOPY | 0.90 |
| 04/19/2007 | H118 | LEGAL COPIES HOLD | 4893/LCOPY | 3.20 |
| 04/26/2007 | H118 | LEGAL COPIES HOLD | 4995/LCOPY | 13.40 |
| 04/30/2007 | H109 | LEGAL POSTAGE HOLD | 5021/LPOST | 1.83 |
| 04/30/2007 | H110 | COPIES HOLD | 5021/COPY | 2.10 |
| 04/30/2007 | H110 | COPIES HOLD | 5021/COPY | 1.10 |
| 04/30/2007 | H110 | COPIES HOLD | 5021/COPY | 4.80 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 32.78 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 32.78- |

ACCOUNT MAINTAINED
CORRECTIONS
BY TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
IRONWOOD ST. PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2006 THRU MAY 25, 2007

ACCOUNT NUMBER : C27692
ACCOUNT NAME : INFINITY,
PRIVILEGE GROUP: A

BED/CELL NUMBER: CFB300000000203L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/30/2007 | H110 | COPIES HOLD | 5021/COPY | 2.10 |
| 04/30/2007 | H110 | COPIES HOLD | 5021/COPY | 1.10 |
| 04/30/2007 | H110 | COPIES HOLD | 5021/COPY | 4.80 |
| 05/08/2007 | H107 | POSTAGE HOLD | 5163/POST | 3.03 |
| 05/08/2007 | H109 | LEGAL POSTAGE HOLD | 5163/LPOST | 4.80 |
| 05/08/2007 | H118 | LEGAL COPIES HOLD | 5163/LCOPY | 37.20 |
| 05/08/2007 | H118 | LEGAL COPIES HOLD | 5163/LCOPY | 2.20 |
| 05/08/2007 | H118 | LEGAL COPIES HOLD | 5163/LCOPY | 4.90 |
| 05/09/2007 | H110 | COPIES HOLD | 5186/COPY | 2.70 |
| 05/09/2007 | H118 | LEGAL COPIES HOLD | 5186/COPY | 46.70 |
| 05/09/2007 | H118 | LEGAL COPIES HOLD | 5186/COPY | 4.40 |
| 05/11/2007 | H107 | POSTAGE HOLD | 5234/POST | 5.00 |
| 05/11/2007 | H107 | POSTAGE HOLD | 5234/POST | 1.11 |
| 05/17/2007 | H107 | POSTAGE HOLD | 5315/POST | 1.31 |
| 05/17/2007 | H107 | POSTAGE HOLD | 5315/POST | 5.00 |
| 05/17/2007 | H107 | POSTAGE HOLD | 5315/POST | 4.05 |
| 05/17/2007 | H107 | POSTAGE HOLD | 5315/POST | 0.87 |
| 05/17/2007 | H107 | POSTAGE HOLD | 5315/POST | 1.20 |
| 05/17/2007 | H109 | LEGAL POSTAGE HOLD | 5315/LPOST | 6.00 |
| 05/17/2007 | H109 | LEGAL POSTAGE HOLD | 5315/LPOST | 0.80 |
| 05/17/2007 | H110 | COPIES HOLD | 5315/LCOPY | 1.40 |
| 05/25/2007 | H109 | LEGAL POSTAGE HOLD | 5405/LPOST | 1.82 |
| 05/25/2007 | H107 | POSTAGE HOLD | 5405/ POST | 1.99 |
| 05/25/2007 | H107 | POSTAGE HOLD | 5405/ POST | 4.60 |
| 05/25/2007 | H107 | POSTAGE HOLD | 5405/ POST | 7.70 |
| 05/25/2007 | H107 | POSTAGE HOLD | 5405/ POST | 2.67 |
| 05/25/2007 | H107 | POSTAGE HOLD | 5405/ POST | 1.99 |
| 05/25/2007 | H107 | POSTAGE HOLD | 5405/ POST | 4.60 |
| 05/25/2007 | H107 | POSTAGE HOLD | 5405/ POST | 5.05 |
| 05/25/2007 | H107 | POSTAGE HOLD | 5405/ POST | 1.14 |



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE. Li Ryan
ATTEST: 5/25/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
IRONWOOD STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2006 THRU MAY 25, 2007

ACCT: C27692 ACCT NAME: INFINITY, ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 172.23 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 172.23- |

