***NOTE***
PETITION IS FILED AS A SUPPLEMENT
IN CASE # C-07-4022-CW, PER ORDER
#5 IN C-07-4022.

∞
Infinity
CDCR# C27692 C3/203/Low
Ironwood State Prison (ISP)
19005 Wiley's Well Road
Blythe, CA 92226
Pro Se & In Forma Pauperis

CW 540 M
FILED
SEP 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In The United States District Court
For The Northern District of California      CW

∞
Petitioner,

vs.

Richard W. Wieking, Clerk, U.S.
Dist. Ct. Northern Dist. of Cal.,
Superior Court of Sacramento County,
& it's clerks: G. Ahmed, S. Rossi,
Frank Temmerman, & Deena C.
Fawcett, clerk of the Ct. of Appeal
3rd Appellate District,
           Respondents;
People of the State of California,
    Real Party in Interest.

Case # C 07 4803 (PR)

Petition for Writ of Mandamus pursuant to 9F. Supp. 422, 423; 74 P. 695, 501; 151 P. 228, 230; & 199 A. 619, 620. Prohibiting Clerks from Changing, Adding to, or Disrespecting Legal Name of Petitioner

A.
Petition for Writ of Mandamus compelling the Respondents stop changing, Adding to, or Disrespecting Legal name of Petitioner. Exhibits in Support.

1. of 5

# Table of Contents

| | |
|---|---|
| Title Sheet | 1. of 5. |
| Jurisdiction/Introduction/Ultra Vires | 2. of 5. |
| Corrupted Old-Boyism Among Court Clerks Apropos/Déjà vu | 3. of 5. |
| Religious Extremism/Petition | 4. of 5. |
| Prayer/Verification/Postscript | 5. of 5. |

**Exhibits**

Exhibit "A": Petition for Writ of Mandamus Case # C 07 4022 Clerk hand writes in pencil "AKA: JAMES FRANK STRONG"

Exhibit "B": Small Claims Lawsuit: ∞ v. Ahmed et al. Case # 07SC03120

Exhibit "C": History of Deena C. Fawcett, Clerk/Administrator of the Court of Appeal Third Appellate District having complete Respect for my name until she fell under the sway of Ahmed Religious Extremism.

Exhibit "D" Board of Prison Terms (BPT) Hearing Preparation

---

## ii.
## Jurisdiction of Court

First listed respondent is a clerk in this court.

## iii.
## Introduction

Richard W. Wieking, Clerk, U.S. District Court for the Northern District of California, openly, without due cause, or jurisdiction added, "AKA James Frank Strong" to the title sheet of petitioner's petition for writ of mandamus; lieing to compel Frederick K. Ohirich, Clerk of the Supreme Court of California & an un-known clerk of the Administrative Office of the Courts, to stop changing my legal name of 30 yrs. & adding AKA to my name, thus changing the title of the title sheet without due cause. See Exhibit "A"

## iv.
## Ultra Vires

A court clerk is a officer whoes duty is to keep records, issue process, enter judgment & the like. Ultra Vires; beyond, outside of, in excess of powers; that which is beyond the power authorized by law for the respondents to exercise. Under the seal & name of the court that the respondents serve as clerks; they are harassing me by disrespecting my name, in a "concerted act of Solidarity." Reinforcing the 'Court Clerks' Old-boy network which is state-wide; the court clerks Old-boyism particularly Aggrieve me, in that they for no legal reason dis-respect my name.

---

Mandamus Against Ct. Clerks Old-boyism

2. of 5

v.

## Corrupted Old-Boyism Among Court Clerks

Corrupted Old-boy network of California Court Clerks continues their "Campaign of harassment against me; see Bart v. Telford 677 F.2d. 622 (7th Cir 1982), in that Richard W. Wieking, clerk of the U.S. District Court for the Northern District of California scribble "AKA: JAMES FRANK STRONG" on the cover sheet of petitioner's petition for writ of Mandamus to compel Respondents clerks to address petitioner only by Infinity. see Exhibit "A".

vi.

## Apropos/Déja Vu

Petitioner turned to the Court of Appeal--3rd District of Cal. because G. Ahmed was so bent on Dis-respecting my name, that he boldly under the seal & authority of the Superior Court of California, County of Sacramento, in his position as a dupty clerk; defied a change of Adult name Decree by the U.S. Dist. Ct. for the Northern Dist. of Texas, 501 West 10th st., 310 Fort Worth, Texas 76102. But, the Brutal irony is that Deena C. Fawcett, Clerk/Administrator, office of the clerks of the Court of Appeal--3rd Dist. of Cal., responded to petitioner's appeal by addressing me by my former name; Showing Fanatical Solidarity with Ahmed, clerk of Sac. Super. ct., & S. Rossi, clerk of Sac. Super. ct., & Frank Temmerman, clerk of Sacramento Superior Court. see Exhibit "B".

---

vii.
## Religious Extremism

Ahmed is named for Ahmedabad; a city in west India, in Gujarat State: pop. 2,515,000. India, being mostly Islamic; predominated by Muslims. Terrorist springs from Religious Extremism. Ahmed, clerk of the Superior Court of California, county of Sacramento displayed a propensity for Religious Extremism & the charisma to sway other clerks to blindly follow his/her initiation of this public Lynching of my Identity by addressing me as Frank J. Strong AKA Infinity. Deena C. Fawcett, Clerk of the ct. of Appeal 3rd Appellate Dist. of Cal. begain address me only a Frank James Strong after years of respect. see Exhibits "A" & Exhibit "C".

viii
## Petition

Petitioner, Respectfully petition the court to compel respondents to stop changing, Adding to, or Dis-Respecting legal name of petitioner. Exhibits "A" & "B" are clear proof that respondents are illegally changing & adding to, & disrespecting petitioner's legal name. Clerks & state courts do not have jurisdiction over a Federal change of name Decree. Ironwood State prison & California Department of Corrections & Rehabilitation respect my one word name & signature as all the courts has respected my name in the past: this all started with Ahmed.

Mandamus Against ct. clerks Old-Boyism

4. of 5

## IX.

**Prayer**

Petitioner's prayer is for the court to determine that resolution of the matter involves the application of settled principles of law, & that issuance of a Mandamus in the first instance is therefore appropriate. First Amendment & Jurisdiction, 147 P.2d 759, 761.

## X.

**Verification**

I declare under penalty of perjury, under the laws of the U.S.A. that the foregoing is true & correct.

9/4/2007

∞ Infinity

**Postscript:**

Court clerks maintains the vast infrastructure of the courts. Petitioner contend that over the years, court clerks have developed an old-boy network. Here, they are coming together in a strong showing of solidarity, at the expense of the integrity of petitioner's name; which is beyond the pale.

---

Mandamus Against ct. clerks Old-boyism

5 of 5