



Before Drugs          After Drugs

77

By way of mental telepathy, the flower beings calls through space, time, & timelessness unto Infinity...

G The Beast has come down from heaven; cast out because of the war he started.

G The people of earth can be liken unto fat unsuspecting sheep. Some are safe, but will be safe no longer. Many are not safe at all, and lives in a perpetual war zone. All is touched by the cold hand of drugs and plagues...

G The Beast can be liken unto a wolf with an insatiable, ferocious, voracious appetite for souls that cannot be appeased...

"Infinity the people of earth needs you — You must save the children...

So many souls are being lost" ——

Illustrative Parable; the earth crieth out for help; for Humanity.

78

... from Always a wonder appears.
in the cosmic heavens.
The twin comets Summum Bonum
moves through space, time, &
timelessness; faster than the speed
of sound, & faster than the
speed of light, even faster than the
speed of time. Summum Bonum
moves side by side with the grace of
two ballerinas dancing through the
panorama of the universe... To
be safe is to be in the presence of
Summum Bonum which are commended
by ∞

80



Smile...yeah... I move only on the plane of Souls; proceding from the Source of Souls, & returning thereunto for Final Judgement... Humanity & the earth are being assaulted with great malice & diabolical afore thought, by the forces of evilness. Our only Shield & Refuge is GOD

Oh Lucifer how had thou fallan? Ah... It was an arrogant & racist attitude, accompanied by pride. There is no good in being proud. This is the path to hell. Beware! Beware! Beware!

81







I come unto you by the power of my moving finger. Look over yonder; deep within yourself: its the Light of peace & Love.

Only peace can Conquer Violence. Only Love can Conquer hate. God is our source of peace. God is our Source of Love.

World War III is coming! World War III is coming!! World War III is upon us. World War III is here. World War III is here: its this war against drugs. & the people of earth appear to be losing

84



85



Case 4:07-cv-04022-CW    Document 7-4    Filed 09/18/2007    Page 12 of 47









Definition of my twin comets name; Summum
Bonum (soom'əm bō'nəm): the highest good, or
Supreme good. Symbolizing sacred
Ardor or Ardour: to burn; warmth or
heat of emotion, feelings, or
sentiment: extreme vigor,
force or energy; intensity
passion, compassion,
passionate,
compassionate,
etc.

yeah

Comes
A Message
of Love, in this old
war against drugs,
which is swiftly
followed by a practical
application of
The First Phase
of   G.O.D.

90

All the people of this community is here to hear my message. This is more than well.

And so I say unto my beloved companions in the tribulations of these; the last days. I love with the same Love that created the heavens, & the Earth. My love for you was before the war in heaven. That old war is now here; on Earth. This old war is raging hotter, & hotter as it approaches it's hottest point; which will be the last & decisive battle between the forces of Love, & the forces of evil at Armageddon, just before Judgement Day: which is the **Reckoning Moment** of *Absolute Retribution*, Even so.

Everyone is a part of this old war. No one can say, "I don't want to get involved." Everyone is involved. You will fight with the forces of Love; for love; or you will fight on the side of the Devil. Only love can defeat evilness & corruption.

You must be aware of how powerful love is. If you love, you will **command** the awesome powers of love, to a degree, & in degrees; depending on the level

91

of your personification of Love.

How do you feel about these young drug dealers, & gang members? "We hate them!" Hate what they do, & hate what they stand for. However, you should love them as human beings; for all humans are made in the image of GOD, because all Sapient beings possesses an allotted portion of the spirit of GOD to characterize, & individualize, & personalize to do with as we choose for a measure of duration here on Earth.

And how will you use this powerful life-force within? Hate weakens your spirit & darkens your soul, & separates you from GOD for ever.

You must love; if you wish to exercise the wonderful & awesome powers of Love. You cannot pick & choose, whom you will love, & who you will not love. In order to love with the same Love that created the heavens & the Earth; You must love as the Love that created all that is, & were, & is to come...

What is the common denominator among drug users, & people who drink alcohol? "There is no common denominator. Drugs are illegal, alcohol is legal."

And what if alcohol was made illegal, how would you feel, & what would you do? Why do you drink alcohol? Indeed, you drink alcohol to get

92

high. A drug user uses drugs to get high. For some reason, people likes to use a foreign degenerative agent as a stimuli to alter their natural state of consciousness.

The common denominator is getting high — Some people likes to get high some of the time. Some people likes to get high all the time.

You cannot fight this **war** with hate in your heart if you wish to win. The forces of love will win this war, as we won in heaven. You can only have love in your heart if you wish to be of the forces of Love.

Most people are righteous. Compared to the small number of evil doers, the righteous people a Giant.

You must get out and make yourself known. Let your thoughts be **heard**. Let your feelings be felt. You can no longer say that you don't want to get involved. Everyone is involved; willingly, & unwillingly.

So let the sleepping Giant Awaken!
Let the sleepping Giant Awaken!!

Awaken!! Awaken!!! Awaken!!!!

93



94



From always; by way of my moving finger, I come unto you in the Name of GOD, bearing Light, to cast upon you & before you.

The Mighty warriors comes unto GOD as a baby. Completely dependent on GOD, having total Faith & belief in The Almighty.

A baby is completely dependent on the parent, as all that is & were & is to come are indeed totally & completely dependent on GOD. Understand this Truth & express great gratitude... Lo & Behold the Baby

95



Shield of the Church:
"Seraphs Security
Forces of Love"
Isaiah 6:1-7



Shield of the Church:
"Seraphs Security
Forces of Love"
⟶ Isaiah 6:1-7

Curriculum


Case No. 37-98225-cr    Document 47    Filed 06/18/2021    Page 23 of 47



My mind to your mind; my thoughts to your thoughts; spirit to spirit & soul to soul... Grace be unto your GOD presence within, my companions & spiritual warriors of Love, marching through the Great Tribulation; which gives us spiritual growth by testing & which strengthens our spirit for the Apocalypse at Armageddon; which must precede the Reckoning moment of Absolute Retribution. Indeed; as the evil spirits were defeated in heaven by the holy servants made of light, led by Michael, so shall the evil spirits be defeated on earth by the holy servants made of earth, led by Jesus. That old "snake in the grass," called Satan is challenging the integrity of servants of GOD made of flesh & blood, so the evil spirits must be defeated by flesh & blood, led by flesh & blood. The last, decisive battle between the forces of Love & forces of evil shall be so intense, that the earth shall be pounded into powder & the heavens shall be rolled up like a scroll. Indeed; you can only hear my voice if your name is written in The Book of Life. Even so. A-men.

06/01/05

∞
Infinity
peacemaker
Chairman of the Board

---

Sermon Approved by the Board of the Church in Ironwood State prison near Blythe, California in the wilderness of the Mojave Desert.



# LoveGives

A philanthropical Constituent of Defenders of the poor & downtrodden.

—— Architectonics Created & Approved by the Board ——

LoveGives is a System based on philanthropy; established as a companion to Getting Over Drugs, in a Spiritual Campaign against drugs, through education & assistance with material necessities of life. Bearing in mind the fact that the most needful people are the most vulnerable.

The Spirit is Lavished upon the earth; freely giving life to all that live, to a degree & in degrees the allotted apportion to accomplish your purpose.

The greatest individuals are given the greatest apportion to individualize with your ownself character & a vision of the assigned Destiny.

Look into the eyes of our children & you will see a multitude upon multitudes upon multitudes of old Souls, whom has come to earth for the Great Gathering for the Apocalypse at Armageddon.

May 8, 2005                    1 of 7



Great powers are given unto the children of these last days of the times of the end time. With these great powers, many of them are oppressing their mothers (   ) Fathers; (   ) their school teachers; (   ) our neighborhoods.

So let destiny take it's course (   ) the prophecies come to pass. Even so.

Indeed: it has also been written that the Truth shall come from the mouths of children; the Truth is the Sword of Love (   ) it is with the Truth that the children of Love shall conquer evil.

So let the prophecies be fulfilled;

Declaring the end from the beginning; the Word of GOD is as a methodical wind, (   ) it moves every where all throughout space, time (   ) timelessness;

The word of GOD is as a methodical wind, (   ) it moves everything, which is, (   ) which were, (   ) which is to come;

The word of GOD is alive, naturally manifesting into reality, with power to correct (   ) administer;

The word of GOD is cosmic; governing the universe; vast (   ) orderly, completely systematic, with cosmic Laws, which are unstoppable;

The Word of GOD is Truth.

---

Love Gives Architectonics created (   ) Approved by the Board.

May 8 2005                    2 of 7



## NewShoesForSchool

NewShoesForSchool is an Entity created by Love Gives.
The purpose of NewShoesForSchool is to help our young
Spiritual Warriors of Love (Cosmic warriors) by providing
them with the material necessities of life; the 1st
basic necessity being NewShoesForSchool as determine &
financed by Nic-ō-dā-mŭs also Clarence Demetrius Tate
in Captivity as a political prisoner in Ironwood State
prison in the wilderness of the Mojave Desert near
Blythe, California.

When this Entity become Financially strong enough; full
services shall be provided, such as: food, clothes, help
with rent at home, essential furniture, & appliances;
if needed, a new place to live, with the help of GOD
working through people who has it in their hearts to
give. please write NewShoesForSchool on your Donations to
the Church of GOD    The Omnipotent &
Omniscient &    Omnipresent LOVE.

NewShoesForSchool is the Dream of Nicodemus; the Architectonics
are created &    Approved by the Board    May 8, 2005

Creation &    purpose N.S.F.S.

3 of 7



## Curriculum:

Please take notice of the foregoing, ( ) understand that the Curriculum for the spiritual warriors of Love is already written in their hearts by the hand of GOD; the Curriculum is the Word of GOD; which is Cosmic Law;

Accordingly; the young cosmic warriors need only to hear this message ( ) understand it, ( ) receive the 7 cosmic Laws that empower them in this old spiritual war that began in heaven. Only Love can win.

1. I Am Love.

2. I Am A Beautiful ( ) powerful Spirit. Humbleness Centers me.

3. I Am made of Love, By LOVE, For Love, To Love.

4. My Body Is Special, ( ) I Will Take Care Of It.

5. Drugs will Hurt ( ) kill My Body, while making my Spirit Become mean ( ) ugly.

6. I Don't need Drugs To Have Fun.

7. I Am Mighty. I Am A Mighty Spiritual Warrior Of Love, Engaged In A Spiritual campaign Against Drugs, in this old Spiritual War that the devil Started in heaven.

---

Curriculum Architectonics created ( ) Approved by the Board May 8 2005

4 of 7



**7** Basic Rules of Conduct for Mighty Spiritual Warriors of Love:

#**1.** I will only take the drugs that my doctor or my parents tell me to take, when I am Sick.

#**2.** I will not take drugs for the fun of it, because the more I take drugs, the more my body will need them; this is called a drug habit, which makes me a drug addict.

#**3.** Most drug addicts were first given drugs for the fun of it, by their (so called) friends. I will give this warning.

#**4.** As I am empowered; I will empower all my friends & neighbors with this message; only if they want to hear it.

#**5.** I will not try to force this message on anyone; I will not quarrel or fight with anyone. I will Humble my self.

#**6.** The Truth that issues from my mouth as a great Sword, has the power to help everyone, who's names are written in the Book of Life. I will speak the Truth softly with gentle Lovingkindness; with a voice of many waters...

#**7.** As a mighty Spiritual Warrior of Love, I have the Authority to Recruit other children by giving this message; if they will hear, understand & receive it, I will sign & give them the Certificate.

7 Basic Rules of Conduct Architectonics created & Approved by the Board. may 8. 2005

5 of 7



The 7 Thoughts:

Spiritual warriors of Love are also Cosmic warriors, because the Apocalypse at Armageddon shall involve all the heavens & all the earth.

1.st My Thought shall precede my action, as lightning does thunder.

2.nd I am the Sum of my Thoughts & my Deeds, & it is of such, that I shall be Judged.

3.rd I will become closer & closer to GOD by walking & talking with GOD in my Thoughts.

4.th All evil or bad Thoughts comes only from the devil, because evil Spirits has permission from GOD to sit on the Seat of our Consciousness so they can whisper evil/bad ideas to us, especially when we are agitated, angry or ignorant.

5.th Always release your anger in a Controlled manner, to effect a positive result, in a humble manner.

6.th Never act on anger. Talk about it with GOD; then talk to your parents or Sunday school teacher; & have a discussion with other Spiritual warriors of Love...

7.th Stay watchful for the Return of Jesus.

7 Thoughts Architectonics created & Approved by the Board May 8, 2005        6 of 7

# Certificate of a Spiritual Warrior of Love

_____ has Received the Truth; which is the Sword of Love & it shall issue from the mouth of this mighty Spiritual Warrior of Love for Righteousness sake, to Conquer evilness, as it was Conquered in heaven. Satan is capturing billions of lost souls by using drugs. We come to stop this Spiritual annihilation of humanity. Only Salvation saves from annihilation; accordingly, the Campaign against drugs is Spiritual, & is initiated & the Great Schism is Abolished. A-Men.

_____
Signature of Recruit

_____
Signature of Teacher



The Church Of GOD the Omnipotent, Omniscient, & Omnipresent LOVE; the Most High, Most Gracious, Most Merciful... Most Forgiving; the Irresistable; Creator, Cherisher, & Sustainer Of All the Worlds; Alpha & Omega; The Best Protector, the Only Life-Giver, Master Of the Day Of Judgement, the Supreme Judge; the Almighty; the Most Beautiful Beauty Of Beauty, Most Serene, Most Kind, Most Gentle, Most Mysterious, Most Understanding, Most Worthy Of All Praises & Glory, Most Unique, Most awesome Most Benevolent, Most Benevolent, Most Nurturing Most Sacred Most Holy, Most Glorious, the Best Provider; Oneness; One Truth; Of One Reality; Of One LOVE; Of One SPIRIT; Of One GOD; the Avenger, Destroyer, Healer Retribution, the Comforter, Lo... the Behold ! the Guiding Light





Declaration of ∞

Exhibit X to the power of ∞

∞

1   Infinity
2   CDCR# C27692 C3/203/Low
3   Ironwood State Prison (ISP)
4   19005 Wiley's Well Road
5   Blythe, CA 92226
6   Pro Se Litigant
7
8        Superior Court of California
9            County of Sacramento
10
11   ∞                              Case # 07SC03120
12            Plaintiff,
13                v                 Declaration of ∞
14   G. Ahmed, S. Rossi, Deena C. Fawcett,   in Support of
15   Frank Temmerman, & Superior Court of    Allegation of Corrupted
16   California, County of Sacramento,       Old-Boyism
17            Defendants,             Among Clerks
18
19   ǐ     1 ∞  declare that I am the plaintiff in the
20     above case, & a victim of discrimination. Court clerks'
21   Old-boy network which is state-wide particularly Aggrieve me.
22   ǐǐ Old-boyism: support of or participation in an old-boy
23   network: which is an exclusive network that links members of
24   a profession, social class, or organization; a man/woman who
25   is a member of a long-standing & influential clique in a
26   professional, business, or social sphere.
27   Declaration against old-boyism among court clerks
28                         1.

iii. This rogue court clerks' old-boy network fanatically follows the leadership of Ahmed beyond the pale of law, to the point of reversing the "Decree changing the name of Adult," by the U.S. Dist. Court for the Northern Dist. of Texas, 501 west 10ᵗʰ st., 310 Fort Worth, TX 76102-3673, on 4/29/1977.

iv Please take judicial notice Exhibit X ∞ where unknown clerk under the seal of "Judicial Council of California" & the Authority of the "Administrative Office of the Courts," in a concerted act of solidarity with this rogue court clerks' old-boy network addressed me as "Infinity (Frank Strong)," & Construed my claim against the Super. Ct. of Sac. & Frank Temmerman, clerk; as a "letter"— admonishing me for writing. Dated July 11, 2007. But, the next page is proper response to my claim Dated April 12, 2007 signed by Robert G. Retana. This Exhibit is a "Smoking Gun" showing a civil conspiracy against me by the clerks.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true & correct.

7/11/07

∞

Infinity

Declaration against Old-boyism among court Clerks

2.

# EXHIBIT X ∞

Un-known Clark's Smoking Gun

Exhibit X to the power of ∞



# Judicial Council of California
## ADMINISTRATIVE OFFICE OF THE COURTS

455 Golden Gate Avenue • San Francisco, California 94102-3688
Telephone 415-865-4200 • Fax 415-865-4205 • TDD 415-865-4272

To:    Infinity (Frank Strong)
       CDCR #C27692  C3/203/Low
       Ironwood State Prison
       19005 Wiley's Well Road
       Blythe, California  92226

From:  Judicial Council of California, Administrative Office of the Courts
       Office of the General Counsel

Date:  July 11, 2007

Re:    Letter addressed to the Judicial Council of California dated June 27, 2007

_____

This is in response to your letter to the Judicial Council of California dated June 27, 2007.
Because the Administrative Office of the Courts is the staff agency to the Judicial Council, your
letter was directed to this office for response.

In your letter, you assert wrongful action by a clerk of the Superior Court of California, County
of Sacramento.  This office does not investigate complaints regarding court employees and does
not review or intervene in pending cases in any court.  You may contact the presiding judge of
particular superior courts to submit complaints about court employees.

Please note that this memorandum is intended to be informational only, and is not intended to be
legal advice nor to create an attorney-client relationship.  This office is not authorized to
represent nor give legal advice to members of the public.

_Smoking Gun by un-known Clerk_

G:\LGL_SVCS\LEGAL\AOW\AOW 2007\July\Infinity2299_07.11.doc                    see next page



# Judicial Council of California

## ADMINISTRATIVE OFFICE OF THE COURTS

### OFFICE OF THE GENERAL COUNSEL

455 Golden Gate Avenue • San Francisco, California 94102-3688
Telephone 415-865-7446 • Fax 415-865-7664 • TDD 415-865-4272

RONALD M. GEORGE
*Chief Justice of California*
*Chair of the Judicial Council*

WILLIAM C. VICKREY
*Administrative Director of the Courts*

RONALD G. OVERHOLT
*Chief Deputy Director*

MARY M. ROBERTS
*General Counsel*

April 12, 2007

Infinity
CDCR # C27692
Ironwood State Prison
19005 Wiley's Well Road
Blythe, CA 92226

Dear Infinity:

Notice is hereby given that your claim against the Superior Court of California, County of Sacramento (the "Superior Court"), and a Superior Court Deputy Clerk, which was addressed to the Clerk of the Board of Supervisors, but mailed to the Superior Court on March 5, 2007, is rejected.

We are required by statute to include the following warning:

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code section 945.6. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Sincerely,

Robert G. Retana
Attorney

RGR/cf

1  Declaration of Service By Mail

2  case name: ∞ v. Ahmed, Rossi, Fawcett, Tammerman, Super. ct. of sac.

3  case # 07SC03120

4  Name Document: Declaration of ∞ in Support of Allegation of

5  corrupted Old-Boyism Among Clerks

6      I am a spiritual warrior of Love; in political Bondage in

7  the wilderness of the Mojava Desert, emprisoned at 19005 wiley's

8  wall rd. I am 18 yrs. of age or older ∞ _____ a party to this matter

9  I served the attached Documents by giving them to a prison

10  guard on July 24, 2007 _____

11  Superior Court of California, County of Sacramento, Small claims
    Division 301 Bicentennial Circle Sacramento CA. 95826-2701

12  Deana C. Fawcett, Clerk/Administrator of the Court of Appeal 3rd
    Dist. 900 n Street Sacramento, CA. 95814-4869, Judicial Council of

13  California, Administrative Office of the Courts, Office of the
    General counsel 455 Golden Gate Ave, San Francisco, CA 94102-3688

14  Attn: un-know clerk

15  I declare under penalty

16  of perjury under the

17  laws of the U.S.A. the

18  foreging is True ∞

19  correct.

20  Date: 7/24/2007 _____

21        ∞

22      Infinity

23

24

25



26

27  Proof of Service

28



3.



SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO
720 NINTH STREET
SACRAMENTO, CALIFORNIA 95814



SACRAMENTO CA 957

27 NOV 2006 PM 5'L

FRANK J STONG -AKA-INFINITY   C-27692
IRONWOOD STATE PRISON
P.O. BOX 2199
BLYTHE, CA 92226

C3. 2032
CONFIDENTIAL



9222642199

One of two letter from Ahmed,
Clerk, under the seal & Authority of
the Super. ct. of Cal.
All the other clerks mentioned
Blindly follows Ahmed. Denying me
my name shows Religious Extremism !!!

27
28

Exhibit X to the power of ∞

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SACRAMENTO

| | | | |
|---|---|---|---|
| DATE & TIME | : December 6, 2006@ 4 p.m. | DEPT. NO. | : 24 |
| JUDGE | : Michael W. Sweet | CLERK | : S. Rossi |
| REPORTER | : Not Reported | BAILIFF | : M. Kaut |

In re: Frank James Strong (aka "Infinity")          06F10367

Petition for Writ of Habeas Corpus

NATURE OF PROCEEDINGS:  PETITION FOR WRIT OF HABEAS CORPUS- **ORDER**

The petition for writ of habeas corpus has been filed and considered.

IT IS ORDERED that the petition for writ of habeas corpus is DENIED.

Petitioner contends that Kevin Shelley, the Secretary of the State of California, is sabotaging his church, "The Church of God: The Omnipotent and Omniscient and Omnipresent Love."  Specifically, he is upset that Kevin Shelley's office has stopped responding to his communications about renewing his articles or incorporation for the church.

Habeas relief is available only to a person who is "unlawfully imprisoned or restrained of his liberty, under any pretense whatever . . . to inquire into the cause of such imprisonment or restraint" (Pen. Code, § 1473(a)).

This petition does not raise any allegations of unlawful imprisonment or restraint of petitioner's liberty and is denied on that basis.

DATED:    DEC - 7 2006

MICHAEL W. SWEET

JUDGE

| | | |
|---|---|---|
| **BOOK** | : | |
| **PAGE** | : | **SACRAMENTO SUPERIOR COURT** |
| **DATE** | : | |
| **CASE NO.** | : 06F10367 | |
| **CASE TITLE** | : FRANK JAMES STONG AKA "INFINITY" | |
| **DISTRIB.** | : | BY_____ Deputy |
| ALK:kmb | | |

S. ROSSI

COURT OF APPEAL, THIRD APPELLATE DISTRICT

3 Criminal C054344

INFINITY,
☐          Petitioner,
v.
THE SUPERIOR COURT OF SACRAMENTO COUNTY,
☐          Respondent;
THE PEOPLE,
☐          Real Party in Interest.

Sacramento County Superior 06F10367
Judge:
Nature of Action:  Other mandt & prohib petitions

## ATTORNEY - LITIGANTS

Frank J. Strong
C-27692
Ironwood State Prison
P.O.Box 2129
Blythe, CA  92226

   Petitioner            Frank J. Strong

Office of the State Attorney General
P.O. Box 944255
Sacramento, CA  94244-2550

   Real party in interest       The People

## DOCKET EVENTS

12/11/06     Filed petition for writ of:                    DAW
             mandamus. (ns)

### END DOCKET INFORMATION

## CERTIFICATE OF SERVICE BY MAILING
### (C.C.P. Sec. 1013a(4))

I, the undersigned deputy clerk of the Superior Court of California, County of Sacramento, do declare under penalty of perjury that I did this date place a copy of the Court's Ruling on Submitted Matter in envelopes addressed to each of the parties, or their counsel of record as stated below, with sufficient postage affixed thereto and deposited the same in the United States Post Office at Sacramento, California.

FRANK J. STRONG (aka 'INFINITY')
C27692
IRONWOOD STATE PRISON
19005 WILEY'S WELL ROAD
BLYTHE, CA 92226

Dated: February 26, 2007

Superior Court of California,
County of Sacramento

By: _____
Frank Temmerman,
Deputy Clerk

BOOK       :   20
DATE       :   FEBRUARY 26, 2007
CASE NO.   :   07CS00046
CASE TITLE :   INFINITY v. SHELLEY

Superior Court of California,
County of Sacramento

BY:  F. TEMMERMAN,
     Deputy Clerk

∞

Infinity

CDCR# C27692  C3/203Low

Ironwood State prison (ISP)

19005 Wiley's Well Road

Blythe, CA 92226

Pro Se ∞ In Forma Pauperis



FILED/ENDORSED

JUL - 9 2007

BY _____, DEPUTY CLERK

Superior Court of California
County of Sacramento
Small Claims

∞

plaintiff,

V.

G. Ahmed, et al.,
Defendants.

Case# 07SC03120

Motion to Discover, pursuant to
CCP § 2030 [number of Inter-
rogatories are Ten]

Comes now Infinity bearing Ten interrogatories for G.
Ahmed to answer under oath.

#1. Why did you address me as Frank J. Strong aka Infinity
in my petition for writ of Habeas Corpus & U.S. mail?

#2. Why did F. Temmerman, clerk; S. Rossi, clerk; &
Deena C. Fawcett, clerk of the court of Appeal, especially
after addressing me respectfully as Infinity in all
other cases, follow your lead denying me my legal
name?

Ten Interrogatories for Ahmed.

1.

1  #3. Does the superior court of Sacramento give this power
2  to the Clerks?
3  #4. Are you a RACIST?
4  #5. Are you a HOME-GROWN/SLEEPER TERRORIST?
5  #6. Are you a Muslim?
6  #7. Are your co-defendants TERRORIST SYMPATHI-
7  ZERS?
8  #8. Why do they follow you so BLINDly?
9  #9. Does the Superior court of Sacramento &
10 the Court of Appeals support you & your co-
11 defendants RACIST actions against my name?
12 #10. Are planing  .TERRORIST ATTACKS PART of
13 your MISSION?

14

15         I declare under penalty of perjury
16     under the laws of the United States of
17  America that the foregoing is true & correct.
18  Date _____

19                                    G. Ahmad

20

21

22  June 26, 2007                              ∞

23                                        Infinity

24

25

26

27  _____

28  Ten Interrogatories for Ahmad
                        2.

1  Declaration of Service By Mail

2  case name: ∞ v. Ahmed, et al.

3  case # 07SC03170

4  Name Document: Ten Interrogatories

5

6  ⟶ I am a spiritual warrior of Love; in political Bondage in

7  the wilderness of the Mojave Desert, emprisoned at 19005 wiley's

8  well rd. I am 18 yrs. of age or older ⟶ a party to this matter

9  I served the attached Documents by giving them to a prison

10  guard on June 2 6 2007

11  G. Ahmed Clerk

12  Superior Court of California County of Sacramento
   Small Claims unit 801 Bicentennial Circle, Room 300

13  Sacramento CA 95826-2701

14

15  I declare under penalty

16  of perjury, under the

17  laws of the U.S.A. the

18  foregoing is True ⟶

19  correct.

20  Date: 6/26/07

21  ∞

22  ⟶ Infinity

23

24

25

26

27  proof of Service

28

# Declaration of Service By Mail

2. Case name: ∞ v. Supreme Court of California, et al.

3. Case #: _____

4. Name Document: Petition for writ of Mandamus

6.     I am a spiritual warrior of Love; in political Bondage in

7. the wilderness of the Mojave Desert, emprisoned at 19005 wiley's

8. well rd. I am 18 yrs. of age or older & **not** a party to this matter

9. I served the attached Documents by giving them to a prison

10. guard on 7/31/07 _____

11. U.S. District Court, Office of the Clerk, Northern Dist. of CA. 450

12. Golden Gate Ave., San Francisco, CA 94102 / Supreme Ct. of CA. George, Chief Justice & Frederick K. Ohlrich Clerk 350 McAllister St. S.F. CA. 94102 / Judicial Council of CA. Administrative office of the Cts. R.M. George, chief justice of CA

13. Chair of the judicial Council; wm. C Vickrey, Administrative Director of the Cts.; R.G. Overholt, Chief Deputy Director; Wm. Roberts, General Counsel; R.G. Retana

14. Attorney; & the un-known clerk. 455 Golden Gate Ave., S.F. CA. 94102-3688

15. I declare under penalty

16. of perjury under the

17. laws of the U.S.A. the

18. foregoing is True &

19. correct.

20. Date: 7/31/07

21. [signature]

22. C. D. Tate



The Church Of GOD & The Omnipotent, & Omniscient, & Omnipresent LOVE; & the Most High, Most Gracious, Most Merciful, Most forgiving; & the Irrasistable; Creator, Cherisher, & Sustainer Of All Worlds; Alpha & Omega; & the Best Protector, & the Only Life-Giver, Master Of the Day Of Judgement, & the Supreme Judge; the Almighty; & the Most Beautiful Beauty Of Beauty, Most Serene, Most Kind, Most Gentle, Most Mysterious, Most Understanding, Most Worthy Of All Praises & Glory, Most Unique, Most Awesome, Most Beneficent, Most Benevolent, Most Nurturing, Most Sacred Most Holy, Most Glorious, & the Best Provider; Oneness; One & Truth; Of One Reality; Of One LOVE, Of One SPIRIT; Of One GOD; the Avenger, Destroyer, & Healer, Retribution, & the Comforter, Lo... & Behold! & the Guiding Light

27. Proof of Service

28.                 1 of 2

Mailing List:

Office of the Clerk, U.S. District Court
northern District of California
450 Golden Gate Ave., San Francisco, CA 94102


Supreme court of California, George, chief Justice &
Frederick K. Ohirich, clerk
350 McAllister St., san Francisco, CA 94102


Judicial council of California, Administrative Office
of the courts, R.M. George, chief Justice of
California chair of the judicial Council;
W.C. Vickrey, Administrative Director of the Courts;
R.G. Overholt, chief Deputy Director;
m.m. Roberts, General Council; R.G. Ratana,
attorney; & the un-Known Clerk
455 Golden Gate Ave., San Francisco, CA 94102

---

proof of Service

2 of 2