# EXHIBIT "B"

## SC-100 | Plaintiff's Claim and ORDER to Go to Small Claims Court

*Clerk stamps date here when form is filed.*

**FILED ENDORSED**
MAR 2 2 2007
E. FINES
Deputy Clerk

### Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff.

- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.

- If you lose, the court can order that your wages, money, or property be taken to pay this claim.

- Bring witnesses, receipts, and any evidence you need to prove your case.

- Read pages 2 and 3 of this form to understand the Plaintiff's claim against you and page 4 of this form to protect your rights.

### Aviso al demandando:

- Usted es el Demandado si su nombre figura in ② de la página 2 de este formulario. La persona que lo demanda es el Demandante.

- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.

- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.

- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.

- Lea las páginas 2 y 3 de este formulario para entender la demanda en su contra y la página 5 de este formulario para proteger sus derechos.

*Fill out court name and street address:*

**Superior Court of California, County of**

*Clerk fills in case number when form is filed.*

**Case Number:**

### Order to Go to Court

The people in ① and ② must go to court on: *(Clerk fills out below)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 1. | | | |
| | 2. | | | |
| | 3. | | | |

Date: _____    Clerk by, _____, Deputy

### Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.

- *Before* you fill out this form, read Form SC-150, *Information for the Small Claims Plaintiff*, to know your rights. Get SC-150 at any courthouse, county law library, or go to: *www.courtinfo.ca.gov/forms*

- Fill out pages 2 and 3 of this form. Then take or mail it to the courthouse clerk's office and pay your fee. The clerk will write your trial date in the box above.

- You must have someone 18 or over—not you or anyone else involved with this case—give each Defendant a copy of all 5 pages of this form and any pages this form tells you to attach. Keep a copy for your records.

- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Rev. January 1, 2005, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5
→

American LegalNet, Inc.
www.USCourtForms.com

Your name: _____ Infinity _____

Case Number: _____

## Describe your claim:

**(1) The Plaintiff (the person who is suing) is:**

Name: Infinity _____ Phone: _____

Home address: 1900s wiley's well Road

City: Blythe _____ State: CA   Zip: 92226

Mailing address (if different): _____

City: _____ State: _____ Zip: _____

If more than one person is suing, attach Form SC-100A and check here: ☐

Is this Plaintiff doing business under a fictitious name? ☐ Yes ☒ No

If yes, attach Form SC-103 and write Fictitious Business Statement number here: _____

**(2) The Defendant (the person being sued) is:**

Name: G. Ahmed _____ Phone: _____

Home address: 720 9th st.

City: sacramento _____ State: CA   Zip: 95814

Mailing address (if different): 720 Ninth street

City: sacramento, _____ State: CA   Zip: 95814

If more than one person is being sued, attach Form SC-100A and check here: ☐

If any Defendant is on active military duty, write his or her name here: _____

**(3) The Plaintiff claims the Defendant owes $ 700.00 ___ . (Explain below):**

a. Why does the Defendant owe the Plaintiff money? Discrimination, violation of my Civil Rights, Intentional Infliction of Emotional Distress By changing name to the name that defendants thinks I have. Plaintiff ought to have. Violating 1st Amend Right.

b. When did this happen? (Date): 11/27/2006

   If no specific date, give the time period: Date started: _____ Through: _____

c. How did you calculate the money owed to you? Intentional Infliction of Emotional Distress, through Professional Negligence.

☐ Check here if you need more space. Attach one sheet of paper or Form MC-030 and write "SC-100, Item 3" at the top.

**(4) You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue.**

Have you done this? ☒ Yes ☐ No

If no, explain why not: _____

_____

_____

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

**SC-100A**   Other Plaintiffs or Defendants

Case Number:

☒ This form is attached to Form SC-100, Item 1 or 2.

**(1) If more than one person is suing, give names of other Plaintiffs (people who are suing) below:**

Other Plaintiff's name: _____   Phone: _____

Home address: _____

City: _____   State: _____   Zip: _____

Mailing address (if different): _____

City: _____   State: _____   Zip: _____

Is this Plaintiff doing business under a fictitious name? ☐ Yes ☐ No

If yes, attach SC-103 and write Fictitious Business Statement number here: _____

Other Plaintiff's name: _____   Phone: _____

Home address: _____

City: _____   State: _____   Zip: _____

Mailing address (if different): _____

City: _____   State: _____   Zip: _____

Is this Plaintiff doing business under a fictitious name? ☐ Yes ☐ No

If yes, attach SC-103 and write Fictitious Business Statement number here: _____

Other Plaintiff's name: _____   Phone: _____

Home address: _____

City: _____   State: _____   Zip: _____

Mailing address (if different): _____

City: _____   State: _____   Zip: _____

Is this Plaintiff doing business under a fictitious name? ☐ Yes ☐ No

If yes, attach SC-103 and write Fictitious Business Statement number here: _____

**(2) If more than one person is being sued, give the names of other Defendants (people who are being sued) below:**

Other Defendant's name: S. Rossi   Phone: _____

Home address: 720 9th street

City: Sacramento   State: CA   Zip: 95814

Mailing address (if different): 720 9th street

City: Sacramento   State: CA   Zip: 95814

Other Defendant's name: Deana C. Faucett   Phone: _____

Home address: 900 n street 4th floor

City: Sacramento   State: CA   Zip: 95814

Mailing address (if different): 900 n street, 4th floor

City: Sacramento   State: CA   Zip: 95814

Other Defendant's name: F. Temmerman   Phone: _____

Home address: 720 9th street

City: Sacramento   State: CA   Zip: 95814

Mailing address (if different): 720 9th street

City: Sacramento   State: CA   Zip: 95814

Judicial Council of California, www.courtinfo.ca.gov
New January 1, 2005, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Other Plaintiffs or Defendants**
(Small Claims)

SC-100A, Page __ of __

American LegalNet, Inc.
www.USCourtForms.com

**SC-100A**   Other Plaintiffs or Defendants

Case Number: _____

☒ This form is attached to Form SC-100, Item 1 or 2.

**(1)** If more than one person is suing, give names of other Plaintiffs (people who are suing) below:

Other Plaintiff's name: _____   Phone: _____

Home address: _____

City: _____   State: _____   Zip: _____

Mailing address *(if different):* _____

City: _____   State: _____   Zip: _____

*Is this Plaintiff doing business under a fictitious name?* ☐ Yes   ☐ No

*If yes, attach SC-103 and write Fictitious Business Statement number here:* _____

Other Plaintiff's name: _____   Phone: _____

Home address: _____

City: _____   State: _____   Zip: _____

Mailing address *(if different):* _____

City: _____   State: _____   Zip: _____

*Is this Plaintiff doing business under a fictitious name?* ☐ Yes   ☐ No

*If yes, attach SC-103 and write Fictitious Business Statement number here:* _____

Other Plaintiff's name: _____   Phone: _____

Home address: _____

City: _____   State: _____   Zip: _____

Mailing address *(if different):* _____

City: _____   State: _____   Zip: _____

*Is this Plaintiff doing business under a fictitious name?* ☐ Yes   ☐ No

*If yes, attach SC-103 and write Fictitious Business Statement number here:* _____

**(2)** If more than one person is being sued, give the names of other Defendants (people who are being sued) below:

Other Defendant's name: _Superior Court of California, County of Sacramento_

Home address: _720  9th Streat_

City: _Sacramento_   State: _CA_   Zip: _95814_

Mailing address *(if different):* _720  9th Streat_

City: _Sacramento_   State: _CA_   Zip: _95814_

Other Defendant's name: _____   Phone: _____

Home address: _____

City: _____   State: _____   Zip: _____

Mailing address *(if different):* _____

City: _____   State: _____   Zip: _____

Other Defendant's name: _____   Phone: _____

Home address: _____

City: _____   State: _____   Zip: _____

Mailing address *(if different):* _____

City: _____   State: _____   Zip: _____

Judicial Council of California, www.courtinfo.ca.gov
New January 1, 2005, Mandatory Form
Code of Civil Procedure, §116.110 et seq.

**Other Plaintiffs or Defendants**
**(Small Claims)**

SC-100A, Page ___ of ___

American LegalNet, Inc.
www.USCourtForms.com

Case Number:

Your name: _____

**(5) Why are you filing your claim at this courthouse?**

This courthouse covers the area *(check all that apply)*:

a. ☒ (1) Where a contract (written or spoken) was made, signed, performed, or broken by the
Defendant *or* where the Defendant lived when the Defendant made the contract.

(2) Where the Defendant lives or does business.

(3) Where the Plaintiff's property was damaged.

(4) Where the Plaintiff was injured.

b. ☐ Where the Plaintiff signed the contract or lives (or lived) if this claim is about an offer or contract
for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b))*

c. ☐ Where the Plaintiff signed the contract or lives (or lived) if this claim is about a retail installment
contract (like a credit card). *(Civil Code, § 1812.19)*

d. ☐ Where the Plaintiff signed the contract or lives (or lived) if this claim is about a vehicle finance sale.
*(Civil Code, § 2984.4)*

e. ☐ Other *(specify)*: _____

**(6) List the zip code of the place checked in ⑤ above** *(if you know)*: 95814

**(7) Is your claim about an attorney-client fee dispute?** ☐ Yes  ☒ No

*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form and check here:* ☐

**(8) Are you suing a government agency?** ☒ Yes  ☐ No

*If yes, you must file a written claim with the agency first.* ☒ A claim was filed on *(date)*: _____

*If the government agency denies your claim or does not answer within the time allowed by law, you can file this form.*

**(9) Have you filed more than 12 other small claims within the last 12 months in California?**

☐ Yes  ☐ No    *If yes, the filing fee for this case will be higher.*

**(10) I understand that by filing a claim in small claims court:**

• **I have no right to appeal this claim,** *and*

• I cannot file, and have not filed, more than one other small claim for more than $2,500 in California
during this calendar year.

I declare under penalty of perjury under the laws of the State of California that the information above is true and
correct.

Date: 4/24/2007

▶ ⟨∞⟩

_____          _____
*Type or print your name*                         *Sign your name*

## Keep a copy of all your forms.

**Requests for Accommodations**

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter
services are available if you ask at least 5 days before the trial. Contact the clerk's office for *Request
for Accommodations by Persons With Disabilities and Order* (Form MC-410). *(Civil Code, § 54.8)*

**Plaintiff's Claim and ORDER
to Go to Small Claims Court**
(Small Claims)

## SC-100    Information for the Defendant (the person being sued)

"Small claims court" is a special court where claims for $5,000 or less are decided. The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who sued you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal).

### How do I get ready for court?
Read "Get Ready for Court" at:
*www.courtinfo.ca.gov/selfhelp/smallclaims/getready.htm*

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to the court clerk or the ADA/Access Coordinator for your court.

### What if I don't speak English well?
Bring someone—like a relative or friend—who can interpret for you in court. The court cannot give you an interpreter. But the clerk can give you a list of interpreters. (Interpreters usually charge a fee.)

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courtinfo.ca.gov/forms*

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (The Plaintiff cannot appeal.)

- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.

- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see:
*www.courtinfo.ca.gov/selfhelp/smallclaims/appeal.htm*

### Do I have options?
Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, you must both notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107 and the clerk will subpoena (order) them to go.
- **Sue the person who sued you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for and court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to continue the trial), *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county), *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Write to the court before the trial and explain why you want a postponement. Enclose a check if you have to pay a fee, unless a waiver was granted.



### Need help?
Your county's Small Claims Advisor can help for free. Go to "County-Specific Court Information" at: *www.courtinfo.ca.gov/selfhelp/smallclaims*

County Information Here

## SC-100    Información para el demandado (la persona que se está demandando)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

### ¿Necesito un abogado?
Puede hablar con un abogado antes o después del caso. Pero no puede tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación).

### ¿Cómo me preparo para ir a la corte?
Lea "Prepárese para la corte" en:
www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/prepararse.htm

### ¿Qué hago si necesito una adaptación?
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

### ¿Qué pasa si no hablo bien inglés?
Lleve consigo a alguien, ya sea un pariente o amigo, que pueda servirle de intérprete en la corte. La corte no le puede dar un intérprete. Pero el secretario le puede entregar una lista de intérpretes. (Los intérpretes en general cobran un honorario.)

### ¿Dónde puedo obtener los formularios de la corte que necesito?
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado o imprima los formularios en:
www.courtinfo.ca.gov/forms

### ¿Qué pasa en el juicio?
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

### ¿Qué pasa si pierdo el caso?
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días después de la decisión del juez.

- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea:
www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/apelar.htm

### ¿Tengo otras opciones?
Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.

- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)

- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107 y el secretario emitirá una orden de comparecencia ordenándoles que se hagan presentes.

- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.

- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.

- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

### ¿Qué hago si necesito más tiempo?
Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (Tendrá que pagar una cuota para aplazar el juicio), o

- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado), o

- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Escriba a la corte antes del juicio y explique por qué quiere aplazar el juicio. Si tiene que pagar una cuota, adjunte un cheque, a menos que le hayan dado una exención.

**?** **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo. Vea "Información por condado" en: www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores

County Information Here

**Reclamo del demandante y ORDEN para ir a la Corte de reclamos menores**
(de reclamos menores)





Declaration of Facts by ∞

In the Superior Court of Sacramento
Small Claims Division, civil

∞ v. G. Ahmed, S. Rossi, Deena
C. Fawcett, F. Temmerman,
Superior Court of Sacramento.

please take notice of Exhibit "A" claims
rejected against each of the defendants. Exhibit "B" is the
claim filed with county of sacramento Board of Supervisors
1/8/07 #L0700037, against G. Ahmed, S. Rossi, Deena C.
Fawcett. Exhibit "C" is the claim filed with the county
of Sacramento Board of Supervisors, But, sent to the
Judicial Council of California Administrative office
of Courts for a ruling against the Superior court of
California, county sacramento, & F. Temmerman was Rejected.
claim #L0700 627 Filed 3/8/07 & 4/12/2007.

Declaration of Facts by ∞

Exhibit X to the power of ∞

# EXHIBIT "A"

Internal Services Agency

Department of Personnel Services

Risk and Loss Control Division
Steven B. Page, Manager

Terry Schutten, County Executive
Mark Norris, Agency Administrator
David Devine, Department Director

## County of Sacramento

January 25, 2007

Infinity, #C27692
Ironwood State Prison, C3/203 Low
19005 Wiley's Well Road
Blythe, CA 92226

### NOTICE OF REJECTION OF CLAIM

Re:     Claim Number:        L0700037
        Date of Loss:        01/01/2007

Dear Infinity:

NOTICE IS HEREBY GIVEN that the claim that you presented to the County of Sacramento on January 8, 2007 was rejected. The Superior Court is a separate entity from the county. If you wish to file this claim against the Superior Court, you must do so in accordance with Government Code section 915(c). You may contact the Executive Office at Sacramento Superior Court, 916-874-6328, if you have any questions.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date that this notice was personally delivered, or deposited into the mail, to file a court action on this claim. See Government Code Sect 945.6.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult with an attorney, you should do so immediately. Nothing herein, nor any actions taken by this public entity, or any of its officers, employees or agents with regard to the above-referenced matter, should be construed as a relinquishment or waiver of any legal requirement or any right of defense such as timeliness, sufficiency, proper presentation or any other matter which may be available to the County of Sacramento or any of its officers, employees or agents.

Please also be advised that, pursuant to sections 128.5 and 1038 of the California Code of Civil Procedure, the County will seek to recover all costs of defense in the event an action is filed in the matter and it is determined that the action was not brought in good faith and with reasonable cause.

Respectfully,

Risk Management Office
County of Sacramento

Internal Services Agency

Department of Personnel Services

Risk and Loss Control Division
Steven B. Page, Manager

Terry Schutten, County Executive
Mark Norris, Agency Administrator
David Devine, Department Director

**County of Sacramento**

March 21, 2007

Infinity, CDCR# C27692
Ironwood State Prison
19005 Wiley's Well Road, C3/203 Low
Blythe, CA 92226

## NOTICE OF REJECTION OF CLAIM

Re:   **Claim Number:**      **L0700427**
        **Date of Loss:**        **02/26/2007**

Dear Infinity:

NOTICE IS HEREBY GIVEN that the claim that you presented to the County of Sacramento on March 8, 2007 was rejected. The Superior Court is a separate entity from the county. If you wish to file this claim against the Superior Court, you must do so in accordance with Government Code section 915(c). You may contact the Executive Office of Sacramento Superior Court at 916-874-6328, if you have any questions.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date that this notice was personally delivered, or deposited into the mail, to file a court action on this claim. See Government Code Sect **945.6**.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult with an attorney, you should do so immediately. Nothing herein, nor any actions taken by this public entity, or any of its officers, employees or agents with regard to the above-referenced matter, should be construed as a relinquishment or waiver of any legal requirement or any right of defense such as timeliness, sufficiency, proper presentation or any other matter which may be available to the County of Sacramento or any of its officers, employees or agents.

Please also be advised that, pursuant to sections **128.5** and **1038** of the California Code of Civil Procedure, the County will seek to recover all costs of defense in the event an action is filed in the matter and it is determined that the action was not brought in good faith and with reasonable cause.

Respectfully,

Risk Management Office
County of Sacramento

PO Box 276130, Sacramento, California 95827 · Phone (916) 876-5251 · Fax (916) 876-5156
California Relay Service 7-1-1 · www.saccounty.net

P&54



# Judicial Council of California

ADMINISTRATIVE OFFICE OF THE COURTS

OFFICE OF THE GENERAL COUNSEL

455 Golden Gate Avenue • San Francisco, California 94102-3688
Telephone 415-865-7446 • Fax 415-865-7664 • TDD 415-865-4272

RONALD M. GEORGE
*Chief Justice of California*
*Chair of the Judicial Council*

WILLIAM C. VICKREY
*Administrative Director of the Courts*

RONALD G. OVERHOLT
*Chief Deputy Director*

April 12, 2007

MARY M. ROBERTS
*General Counsel*

Infinity
CDCR # C27692
Ironwood State Prison
19005 Wiley's Well Road
Blythe, CA 92226

Dear Infinity:

Notice is hereby given that your claim against the Superior Court of California, County of Sacramento (the "Superior Court"), and a Superior Court Deputy Clerk, which was addressed to the Clerk of the Board of Supervisors, but mailed to the Superior Court on March 5, 2007, is rejected.

We are required by statute to include the following warning:

## WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code section 945.6. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Sincerely,

Robert G. Retana
Attorney

RGR/cf

# EXHIBIT "B"

EXHIBIT "B"

# ORIGINAL

L0700037 Smb

Infinity
CDCR #C27692  C3/203 Low
Ironwood State Prison
19005 Wileys Well Road
Blythe, CA 92226

COUNTY OF SACRAMENTO
BOARD OF SUPERVISORS

07 JAN -8 AM 8: 56

The Clerk of the
Board of Supervisors
700 H St. #2450
Sacramento, CA. 95814
Jan. 1, 2007

1. **Claim Information**
   My name is **Infinity**.
   My signature is the universal symbol of ∞

2. This claim is filed against:
   G. Ahmed, Clerk of the Super. ct. of Sac.
   S. Rossi, Clerk of the Super. ct. of Sac.
   Deana C. Fawcett, Clerk of the ct. of Appeal, 3rd Dist.

3. Dates of Incidents: 11/27/2006 -- 12/6/2006 -- 12/7/2006.

4. Dollar amount of Claim is $12,000,00 Non-limited civil
   case for violating my 1st Amend. right; causing deep
   Emotional Distress; caused by the Intentional
   Discrimination against my name/**Identity**.

5. Locations of the incidents are Superior court of California
   county of Sacramento, 720 Ninth Street, Sacramento, CA
   95814, & Court of Appeal, Third Appellate District
   900 N Street, 4th Floor, Sacramento, CA 95814.

Claim: ∞ v. Ahmed, Rossi, Fawcett

1. of 3.

6. Description of the Specific Damage & Injury:

Ahmed, Rossi, Fawcett refused to recognize my Legal name: Infinity on legal documents that they Filed, which are writs of Habeas Corpus & Mandamus, & the letters they mailed to me; as Frank J. Strong. Changing my name from Infinity to the name they feel Claimant ought to have. Refusing to recognize my legal name is complete disrespect & Discrimination see, e.g., 42 U.S.C. § 1983, 18 U.S.C.; & violation of my civil Rights. 252 N.E. 2d 463, 474; & the civil Rights Act of 1964: the Act affected voting rights, 42 U.S.C. §§ 1971 et seq., the Civil Rights commission, 42 U.S.C. §§ 1975 et seq. & Discrimination in public accommodation, 42 U.S.C. §§ 2000a et seq.; which is intentional infliction of emotional distress. This event is tantamount to a public Lynching.



7. The circumstances that led to the damage & injury: see Exhibit X ∞ pages #1. – #s.; the exhibit page is #1. exhibiting a letter mailed to me by Ahmed, as Frank J. Strong AKA Infinity.

Claimant allege that Ahmed perpetrated this public Lynching Event to earn kudos from the other city clerks,

Claim: ∞ v. Ahmed, Rossi, Fawcett

2. of 3.

(   ) so they will not think him to be a terrorist Sympathizer or even a home grown terrorist; because his name is Ahmed: Ahmedabad a city in W India, in Gujarat state: pop. 2,515,000 -- India, being mostly Islamic; predominated by Muslims. On page #2 of Exhibit X ∞ Rossi join in the public Lynching, see the certificate of service By mailing. On appeal, where claimant went for justice; But, found irony. see pg. #3. of Exhibit X ∞ where Fawcett mailed the Docket Events to me (   ) the office of the state Attorney General under the name Frank J. Strong.

8. (   ) The state of California is responsible for the damage (   ) injury because G. Ahmed, S. Rossi, Deena C. Fawcett are clerks in courts in sacramento, CA.

9. Proof of Identity: see Exhibit X ∞ proof of Identity pages #6-16.

(   ) I declare under penalty of perjury under the laws of the state of California that all the information I have provided is true (   ) correct to the best of my information (   ) belief.

1/2/2007

Infinity

claim: ∞ v. Ahmed, Rossi, Fawcett

3. of 3.



EXHIBIT X ∞

pages # 1 - # 5.

SACRAMENTO CA 957
27 NOV 2006 PM 5

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO
720 NINTH STREET
SACRAMENTO, CALIFORNIA 95814

FRANK J STONG -AKA-INFINITY   C-27692
IRONWOOD STATE PRISON
P.O. BOX 2199
BLYTHE, CA 92226

C3.203L
CONFIDENTIAL

92226+2199

This is one of two letters
mailed to me by Ahmed
as Frank J. Strong* AKA Infinity
My name is Infinity. On page
#2, S. Rossi does the same, page #3
Deena C. Fawcett does the same.

Exhibit X to the power of ∞

#1.

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SACRAMENTO

In re: Frank James Strong (aka "Infinity")    Case Number:  06F10367

Petition for Writ of Habeas Corpus

### CERTIFICATE OF SERVICE BY MAILING
(C.C.P. Sec. 1013a(4))

I, the Clerk of the Superior Court of California, County of Sacramento, certify that I am not a party to this cause, and on the date shown below I served the foregoing PETITION FOR WRIT OF HABEAS CORPUS – ORDER by depositing true copies thereof, enclosed in separate, sealed envelopes with the postage fully prepaid, in the United States Mail at Sacramento, California, each of which envelopes was addressed respectively to the persons and addresses shown below:

Frank James Strong (aka "Infinity") (C-27692)
Ironwood State Prison
19005 Wiley's Well Road
Blythe, CA 92226

I, the undersigned Deputy Clerk, declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 7, 2006

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO

By:    S. Rossi,
Deputy Clerk

#2.

COURT OF APPEAL, THIRD APPELLATE DISTRICT

---

3 Criminal C054344

INFINITY,
☐         Petitioner,
v.
THE SUPERIOR COURT OF SACRAMENTO COUNTY,
☐         Respondent;
THE PEOPLE,
☐         Real Party in Interest.

Sacramento County Superior 06F10367
Judge:
Nature of Action:   Other mandt & prohib petitions

---

## ATTORNEY - LITIGANTS

Frank J. Strong
C-27692
Ironwood State Prison
P.O.Box 2129
Blythe, CA  92226

   Petitioner                        Frank J. Strong

Office of the State Attorney General
P.O. Box 944255
Sacramento, CA  94244-2550

   Real party in interest          The People

---

### DOCKET EVENTS

  12/11/06     Filed petition for writ of:                    DAW
                        mandamus. (ns)

### END DOCKET INFORMATION

\#3.

C054344  -  PDOC



Infinity
CDCR# C27692 203 Low
Ironwood state prison
19005 wiley's well Road
Blythe, CA 92226
pro se & In forma pauperis

Court of Appeal
Third Appellate District

∞
            Petitioner,

v.

Superior Court of Sacramento,
            Respondent;

The People,
            Real Party in Interest.

#C054344
(Super. ct. # 06F10367 Sacramento County)
Petition for Writ of Mandamus to
compel the Respondent to stop
Disrespecting & changing the
Identity of the petitioner.
(The clerk of this ct. of Appeal also
Disrespect petitioner's legal name)

Please take Judicial Notice of Exhibit∞ pages 1,2,3: page 1 is my
California Department of Corrections & Rehabilitation picture ID card.
page 2. is mail sent to me by the clerk; addressed under my Former
name of 30 yrs. ago "Frank J. Strong." The clerk knowingly changed my
name. page 3. is mail properly addressed to me from the clerk of
the u.s. ct. of Appeals for the Ninth Circuit. Accordingly; my prayer
is for the court to compel the Respondent & clerk of this court to #4
respect my name & change or add to it not.
_____
mandamus                    1. of 1.

∞

*In finity*

CDCR #C27692   C3/203 Low

Ironwood State Prison
1900 S wileys well Road
P O Box 2199
Blythe, CA 92226

Court of Appeal
Third Appellate District

Attn: Deena C. Fawcett,
      Clerk/ Administrator

Re: The Clerk addressing the petitioner by the
     **wrong name**, in the petition for Writ of
     Mandamus #C054344 Letter head, in
     the mail to petitioner & A. G. & court.
On 12/11/06 the clerk filed my Mandamus
& mailed it to me under my former name of
30 yrs. ago. Petitioner **Infinity** comes to this
court of Appeal; to compel the clerk in Super.
ct. of sac. county to address petitioner by his
legal name. But, the clerk of the ct. of Appeal
does the same thing. Do the clerks think its     #5
funny, to disrespect my identity?    ∞

12/27/2006

Letter to the Clerk



ExHIBIT X ∞

proof of
Identity
pages 6-16

proof of Identity



← State prison Id card

page #7. Letter from the Judicial Council

page #8. Letter from the Clerk of the

Board of Supervisors, County of Riverside

page #9 Letter from Gov. Claims Board.

page #10. Letter from wendy Still, Regional

Administrator - South (A), Institutions

Div. CDCR for Suzan L. Hubbard, Deputy Director, Insti-

tutions Div. CDCR. page #11 Dept. of Corrections Reconi

Recognizes my legal name: Infinity. page #12 "Decree

changing name of Adult". #13. is a photo of ∞ in the

Fort worth, TX Star Telegram news paper announcing

my change of name Event. pages #14, #15, #16 does

the same.

#6.

Exhibit X to the power of ∞




Office of the Clerk
### UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
95 Seventh Street
San Francisco, California 94103-1526

December 14, 2006                                         (415) 556-9800

Cathy A. Catterson
Clerk of Court


Infinity - C27692
Ironwood State Prison
19005 Wiley's Well Road
Bythe, CA 92226


Re:  Complaint of Judicial Misconduct No.06-89112

Dear Mr. Infinity:

    Chief Judge Schroeder has issued an order in your complaint of judicial misconduct.  A copy is enclosed.

    A complainant or judge aggrieved by an order of the chief judge dismissing a complaint may petition the judicial council for review thereof by filing such petition in the office of the clerk of the court of appeals within 30 days of the date of the clerk's letter to the complainant transmitting the chief judge's order.  28 U.S.C. § 352(c); Misconduct Rules 5 and 6(a).



                        Very truly yours,

                        Cathy A. Catterson
                        Cathy A. Catterson


CAC/gb



OFFICE OF
CLERK OF THE BOARD OF SUPERVISORS
1ST. FLOOR, COUNTY ADMINISTRATIVE CENTER
P.O. BOX 1628, 4080 LEMON STREET
RIVERSIDE, CA 92502-1628
(951) 955-1060
FAX: (951) 955-1409

NANCY J. ROMERO
CLERK OF THE BOARD

KECIA HARPER-IHEM
ASSISTANT CLERK OF THE BOARD

December 15, 2006

INFINITY  CDCR #C27692
IRONWOOD STATE PRISON
19005 WILEY'S WELL ROAD
P O BOX 2199
BLYTHE CA 92226

RE: **NOTICE OF DUPLICATE CLAIM**
**Claimant:**      **INFINITY**
**Date of Loss:**  **06/19/06**
**Claim No:**      **371-06**
**Date Claim Received: 10/20/06**

Notice is hereby given that the claim you presented to the Clerk of the Board of Supervisors on October 20, 2006, appears to be a duplicate of a claim previously submitted to the Clerk of the Board of Supervisors on August 15, 2006. The County of Riverside took action on the previous claim on October 18, 2006, and previously sent you a notice on October 18, 2006. Therefore, no further action will be taken on this duplicate claim. The notice previously sent, and the deadlines stated in the previous notice, are not affected by the duplicate claim or by this notice.

Nancy J Romero
Clerk to the Board of Supervisors

By _Rosalinda Medellin_
Deputy

I declare that my business address is 1ˢᵗ Floor, County Administrative Center, 4080 Lemon Street, Riverside California, that I am a citizen of the United States of America, employed by the County of Riverside and am not a party to the action. On the date stated below I mailed the foregoing notice by depositing a copy thereof in the outgoing mail at Riverside, California, in a sealed envelope, with postage prepaid, addressed to the person(s) listed above. I declare under penalty of perjury that the foregoing is true and correct.

Executed at Riverside, California on December 15, 2006.

_Rosalinda Medellin_

Rosalinda Medellin, Deputy

# 8.

C: RISK MGMT 94344

GL096

ARNOLD SCHWARZENEGGER, Governor

STATE OF CALIFORNIA

## VICTIM COMPENSATION AND GOVERNMENT CLAIMS BOARD

GOVERNMENT CLAIMS DIVISION
P O BOX 3035
SACRAMENTO, CALIFORNIA 95812-3035
Toll Free Number: 1-800-955-0045    Fax Number: (916) 323-5768
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
And Chairperson

STEVE WESTLY
State Controller
State Controller's Office
And Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

\* Infinity C27692
19005 Wileys Well Rd  Po Box 2199
Blythe, CA  92226

October 31, 2006

RE:  Claim G563601 for \* Infinity, C27692
     Tort claim for CDC Inmates, General/Punitive Damages

Dear \* Infinity,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on September 25, 2006.

Based on its review of your claim, Board staff believes that the court system is the appropriate means for resolution of these claims, because the issues presented are complex and outside the scope of analysis and interpretation typically undertaken by the Board. The claim has been placed on the consent agenda.  The VCGCB will act on your claim at the December 14, 2006 hearing. You do not need to appear at this hearing. The VCGCB's rejection of your claim will allow you to initiate litigation should you wish to pursue this matter further.

If you have questions about this matter, please mention letter reference 99 and claim number G563601 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,

Government Claims Division
Victim Compensation and Government Claims Board

cc:  B-23 Corrections and Rehabilitation, Attn: Donna Corbin

     Ltr 99 Complex Issue Reject

\#9.

ARNOLD SCHWARZENEGGER, *Governor*

STATE OF CALIFORNIA — YOUTH AND ADULT CORRE...VAL AGENCY

**DEPARTMENT OF CORRECTIONS**
Ironwood State Prison
P. O. Box 2229
Blythe, CA 92226-2229

May 31, 2005

Mr. Infinity C-27692, C3-203L
Ironwood State Prison
Box 2199
Blythe, CA 92226-2199

Dear Mr. Infinity:

I am writing to you on behalf of Suzan L. Hubbard, Deputy Director, Institutions Division. Ms. Hubbard received your letter dated April 3, 2005, concerning your desire to establish a drug program related to the implementation of the Tobacco Ban effective July 1, 2005.

I want to thank you for taking the time to address your concerns to Ms. Hubbard. Drugs of all kinds are a stumbling block to many people attempting to bring about change in their lives. As a society it is important that we do all that we can do to provide the tools for change.

As such, Ironwood State Prison (ISP) has endeavored to bring programs and services to the general population inmates. ISP is partnered with Amity Foundation in a substance abuse program. This program is currently facilitated on Facility B and services approximately 200 inmates. This program is available to inmates who fits the criteria and desires to join. Furthermore, ISP hosts weekly Alcoholic Anonymous as well as Narcotic Anonymous meetings on all facilities. There again, these programs are available to inmates who has the desire to attend.

Unfortunately, due to current budget constraints, ISP does not have the funding to establish new inmate activity groups. It is a State law that as an employer, we must pay sponsors for their time spent as a sponsor in meetings or conducting extra curricular activities. ISP simply does not have the resources available to fund a new group. However, as your specific concerns relate to the Tobacco Ban soon to take effect, and as Warden Hall advised you in his March 10, 2005 letter, the institution has provided smoking cessation information through the Inmate Peer Education Progam and through the institution's Medical Department. The institution has also implemented a new Anger Management Course, which will help inmates work through their anger in a non-violent manner. The institution is also planning to utilize the institutional video service to share information concerning smoking cessation, as well as forming various religious groups to help deal with the complications of smoking cessation in a group type setting. These programs will assist the inmate population with complying and the transition into a no tobacco policy. I would like to thank you for your concern in this matter and would encourage you assist those that you can in your sphere of influence in overcoming their plight with addiction.

If you have any questions or need further assistance in this matter, please contact D. W. Dorman, Administrative Assistant, via the Inmate Request For Interview form.

Sincerely,

WENDY STILL
Regional Administrator-South (A)
Institutions Division

#10.

cc:  James E. Hall, Warden, ISP
     D. W. Dorman, Administrative Assistant, ISP

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                    GEORGE DEUKMEJIAN, *Governor*

**DEPARTMENT OF CORRECTIONS**
Post Office Box 714
Sacramento, California 95803



April 20, 1984


Mr. Infinity
C27692
Folsom State Prison
Box W
Represa, California  95671

Dear Mr. Infinity:

APPEAL NUMBER 406014
FOLSOM LOG NUMBER 409

This is in response to your recent appeal regarding your name in CDC records.

The Department of Corrections recognizes that your legal name is Infinity, as evidenced by the First Level Review.  That review stipulated that your records have been and are being corrected to reflect your legal name, Infinity.

For the reasons stated above, the appeal is denied.

Sincerely,

SENON PALACIOZ, Chief
Inmate Appeals


cc:  Warden J. Campoy
     Appeals Coordinator


#11.

NO. 32797-9

IN RE:                          X          IN THE

FRANK JAMES STRONG,             X          COURT NUMBER 2 IN AND FOR

PETITIONER                      X          TARRANT COUNTY, TEXAS

**DECREE CHANGING NAME OF ADULT**

On the this 25 day of _____April_____, 1977, a hearing was held in this cause.

The Court finds that it has jurisdiction of this matter and that the change of name requested by Petitioner would be in the best interest of Petitioner.

IT IS THEREFORE ORDERED that the name of Frank James Strong be and is changed to "INFINITY".

_____
Judge

A CERTIFIED COPY,,
ATTEST: 10-12 19 82
J. W. BOORMAN
District Clerk, Tarrant
County, Texas
By N. Moore
Deputy

BOOK 107 PAGE 11

plane is ... defense needs.

However, U. S. officials — namely in the State Department — are not so sure.

The Carter Administration is reviewing both major arms sales requests left from the Ford presidency and the overall global impact of U.S. arms sale transfer.

While there is no particular method in which a sale originates, almost all must be channeled through the State Department. At the point of sale, it is a government...

What alarms some in the defense industry is President Carter's campaign pledges and early actions. Stumping the country, then-candidate Carter said the United States cannot be "both the world's leading champion of peace and the world's leading supplier of weapons of war."

He followed his campaign statements by quickly appointing an intra-agency study group to develop a comprehensive

...ar... act enacted last year.

The group already has sent its recommendations to the President, according to news reports. They generally call for tighter controls on U. S. sales of arms abroad — estimated to be a $10 billion annual business.

Interestingly, the proposal, more appropriately a detailed discourse on options, was developed in part by a number...

Turn to Sale on Page 2

# Color him from here to E. Ternity

### By JOHN MAKEIG
**Star-Telegram Writer**

Frank James Strong became "Infinity" Friday.

Legally, for real and — unless he changes his mind — for always.

It took 96th District Court Judge H. M. Lattimore a while to convince himself that Strong truly understood what becoming Infinity could entail — how do you open a checking account, for instance, with a one-word name — but finally the judge relented.

Hence, Strong, assisted by attorney Lewis E. Sturns, left 96th District Court with his name legally changed — to be known forevermore simply as Infinity.

No first name, no middle name, not even a "Jr." for an ending.

Just Infinity.

To Infinity, such a name connotes the best of all possible worlds, just the right label for a 29-year-old aspiring artist.

"My name delivers a lot of impact to people," Infinity explained afterward. "They'll remember it. And once they've seen my work, they'll remember that, too, because they'll never have seen anything like it before."

Infinity is a tall, thin man who does not hesitate to tell you that he is eccentric, talented and propelled by an ego as big as his imagination.

"To say the least, I am unusual," Infinity confided. "But everything I say is logical."

He describes himself as a poet, a philosopher, a writer and — primarily — an oil painter who has spent a decade perfecting his technique.

"I immortalize things that never were," Infinity said of his painting. "I bring unto you the most beautiful beauty



—Star-Telegram Photo by RODGER MALLISON

**INFINITY . . . walking through time**

of beauty. I give dimensions to that which has no dimensions."

He also is broke and in search of a way to open a gallery to show off his work. Things became so tight for him a while back, he said, that he was forced to peddle two paintings "because I was financially as embarrassed as I could be."

But he said he expects matters to ease somewhat when people realize what a gem of an artist lives at 5712 Geddes.

After all, he is a Como High School graduate who dropped out of Bishop College "because my talent is so good that I didn't want anybody tampering with it."

Can ill befall such a convinced artisan?

He said he shuns drugs to keep a clear head for his work and spends a lot of time meditating about his metaphysical situation.

"I lie down and go on walks through time and space," Infinity said.

He also carefully tries to remember exactly what emotions were required to make whatever sweep of a brush across whatever painting he is doing. He records explanations of his artistic emotions on tape and writes them down.

Why does he write them down?

"I'm writing a book," he said.

And what will he call his book?

"Infinity."

What else.

## A tie: flock found peace, police kept it

By VICTOR DRICKS

...tion of constitutional guarantees of free-

began to fall and his followers departed

Fort Worth Star-Telegram

**SATURDAY, APRIL 29, 1978**

# New name not so easy for 'Infinity'

( Continued from page 1 )

order wasn't enough, so I don't have a birth certificate," he said. "But my attorney says I really don't need it."

Next, Infinity sought to remove Frank James Strong from his Social Security card. "I went down there and talked to the woman personally. So she put me down as 'I. Infinity.' I corrected that and she had to retype it. That frustrated her slightly. But she spelled it without one of the "i's so I corrected her again. Then she became very frustrated."

But he won that one. Some may think Social Security is in imminent danger of collapse, but one day it may be paying out benefits for Infinity.

Getting his driver's license changed from Strong to Infinity proved to be a genuine ordeal.

Although it is not clear who suffered the most, Infinity or the state officials he encountered. Infinity says, "When I got through, I felt like I'd plowed the back 40 with a mule.

"It took me three hours of telling people the same thing over and over and over. I kept getting passed from one person to another until finally I got to the top man."

He won that one, too, in the end, although getting the driver's license changed was anything but an end to his troubles. (More about that later.)

In the meantime, his business was registered legally as "Infinity" and his club (still evolving as a group of like-minded artisans) was registered as "Infinity and All the Gifted People."

Those registrations required only two trips to the courthouse.

He had problems, though, when he tried opening a checking account in the name of Infinity. But that endeavor was complicated, certainly, by Infinity's insistence on using the symbol ∞ to sign his checks.

"They were reluctant (at the bank), but they had to give in. They just said they wouldn't guarantee the account, and when I had one check that was 9 cents over they sent me my money and told me not to come back. I haven't been back either.

It was when he decided to buy an airline ticket to Los Angeles that he first encountered computer logic. Your average computer, see, is programmed to handle people with two or three words in their name. Not one-worders. And "Infinity" may have fractured a few electrical terminals.

"The computer just rejected me. I don't compute. According to the computer, you have to have a first name and a last name, and I have one."

Rather tha[n] ... a commotion at Dallas-Fort W[ort]h ... port, infinity finally decided to ... in call him "Mr. Infinity." He ... like it, but there

Furthermore, he shaved his protest and now plans a ... crusade against the hospital. He return to the hospital to make precisely how he regards the

When he arrives in Califor summer to commence his prote be carrying an elaborate scroll t like it would delight your aver cal personality.

In part, it proclaims:

"On my 31st birthday, July will march on Martin Luther Hospital. Then I will stand ou seven days and seven nights fasting, consuming only juice



Fort Worth Star-Telegram
INFINITY ... "I don't compute."
*Star-Telegram photo by DAVID B[ell]*

the most. Infinity or the s... officials he
encountered, Infinity says. "When I got
through, I felt like I'd plowed the back 40
with a mule.

"It took me three hours of telling peo-
ple the same thing over and over and
over. I kept getting passed from one per-
son to another until finally I got to the top
man."

He won that one, too, in the end, al-
though getting the driver's license
changed was anything but an end to his
troubles. (More about that later.)

In the meantime, his business was reg-
istered legally as "Infinity" and his club
(still evolving as a group of like-minded
artisans) was registered as "Infinity and
All the Gifted People."

Those registrations required only two
trips to the courthouse.

He had problems, though, when he
tried opening a checking account in the
name of Infinity. Not that endeavor was
complicated, certainly, by Infinity's in-
sistence on using the symbol ∞ to
sign his checks.

"They were reluctant (at the bank),
but they had to give in. They just said
they wouldn't guarantee the account, and
when I had one check that was 9 cents
over they sent me my money and told me
not to come back. I haven't been back,
either."

Then there was the matter of the
police. It is no secret that the more bi-
zarre you look, the more attention you
attract, and policemen are well known
for their alertness to the peculiar.

"The police stopped me on general
principles." Infinity recalled of an inci-
dent in Fort Worth. "I guess they stopped
me because I look so unique. The officer
looked at my drivers license and said.
'What's your first name?'

"I said, 'That's my complete name,
officer.' He said, 'What's your last
name?' I told him again that Infinity was
my full name, and then he asked me why
I hadn't signed the drivers license. I
pointed to my ∞, and said,
'That's my signature.'"

Finally, to smooth things over in a
quasi-explantory way, Infinity hauled
out some photographs of his artwork
(which, to those not forewarned, looks at
first glance as bizarre as their creator).
And then the policeman began taking In-
finity seriously.

"He almost bought a painting from
me." Infinity said.

Getting himself registered to vote in
the name of Infinity proved to be an utter
impossibility.

"They mailed my card back to 'Infin-
ity,' but on the card it said 'Infinity.' Infin-
ity 'I couldn't fix that. It's still that way,"
he admits with some sadness



Ft. Worth (Tx.) Star-Telegram    Star-Telegram photo by DAVID BRUSE
**INFINITY . . . "I don't compute."**

It was when he decided to buy an air-
line ticket to Los Angeles that he first
encountered computer logic. Your aver-
age computer, see, is programmed to
handle people with two or three words in
their name. Not one-worders. And
"Infinity" may have fractured a few
electrical terminals.

"The computer just rejected me. I
don't compute. According to the comput-
er, you have to have a first name and a
last name, and I only have one."

Rather than create a commotion at
Dallas-Fort Worth Airport, Infinity final-
ly decided to let them call him "Mr.
Infinity." He didn't like it, but there
wasn't a lot to do.

The one-way $98 airline ticket got him
to Los Angeles, and that is where all the
fuss started. Infinity had survived Social
Security hassles, drivers license hassles,
voter registration hassles and more, but
the Martin Luther King Jr. General Hos-
pital was almost too much for him

The trouble began, Infinity said, when
he had a car wreck. It was a dilly. He lost
his front teeth in the collision and, before
too long, ended up at the hospital.

"They just totally refused to accept my
real name."

So there he was, lying on a hospital
table in bad need of medical attention to
his mangled mouth, and hospital person-
nel were refusing to treat him under the
name of "Infinity," he said.

Because of his desperate condition, he
eventually signed "Frank James
Strong" to the proper forms. It was a
signature that infuriated him and he said
he did it under the severest protest he
could muster. Which may not have been
much considering his dilemma.

The furor over that episode, he said, is
far from over.

In fact, this month he sued the hospital
for alleged discrimination. For dam-
ages, he is seeking "complete restitution
and whatever amount of money the Mar-
tin Luther King Jr. Hospital in Los Ange-
les is worth."

Furthermore, he shaved his he...
protest and now plans a ver...
crusade against the hospital. He pl...
return to the hospital to make it l...
precisely how he regards them.

When he arrives in California ...
summer to commence his protest, l...
be carrying an elaborate scroll that ...
like it would delight your average ...
cal personality.

In part, it proclaims:

"On my 31st birthday, July 4, ...
will march on Martin Luther Ki...
Hospital. Then I will stand outsi...
seven days and seven nights. I v...
fasting, consuming only juice.

After the seventh day, he will r...
his diet to water, and that will co...
for another week.

How it will end is uncertain, but...
ty probably will be thinner that...
when he finishes.

And how the hospital will take ...
also is uncertain. But Infinity w...
settle his suit for less than the boo...
of the hospital itself and all its asse...

After all, he said, he needs the ...
badly to finance an academic eff...
envisions. It will be called "God,"
will be like "a Garden of Eden." H...
it will be a school with a live-in p...
tion of persons with inclinations ...
his.

(It also will have interconnecting ...
ments beneath its many building...
will serve as bomb shelters duri...
nuclear war Infinity predicts will d...
the nation in about two decade...

Meanwhile, Infinity is at work...
paintings and he needs money.
care to catch Infinity's act and see...
his element, you might go to a ni...
called The Kiss at 5100 E. Rose...
May 14 watch his "variety sho...

He plans to "recite poetry an...
duce gospel opera to the people. l...
sing and dance."

And if you like his oil paintings,...
be willing to sell you one
Prices start at $8,000

#15

## Carter gains confidence

# Congress gets Mideast jet sale pla

WASHINGTON (AP) — President
after formally submitted his Middle
... jet fighter sale proposals to Con-

meanwhile insisted that they could and
would consider each sale separately

tion taken by Congress on the
...

Police were led to the secluded area about 200 yards north of Interstate 30 about 7 p.m. by a man who said he had found the partially decomposed body of a young woman.

Tarrant County Medical Examiner Dr. Feliks Gwozdz performed an autopsy

m. Wednesday in the parking lot of a bowling alley in the 5600 block of East Lancaster about four or five miles from where her partially nude body was found Friday.

Several blood stains were found on the car's seats, leading police to suspect foul play.

a medical examiner said he was unable to determine whether or not she had been sexually assaulted, but said indications were that her murderer had tried to molest her.

Gwozdz ruled the death a homicide.

Identification was made from a ring with the woman's name which was found

# 'Infinity' finds galaxy of woes almost limitless

### By JOHN MAKEIG
#### Star-Telegram Courthouse Writer

When Frank James Strong decided to go through the legal formality of changing his name to "Infinity," 96th District Court Judge Hal Lattimore warned him that he might be letting himself in for trouble.

The world just isn't geared to handle people with one-word names, the judge said.

But the aspiring artist-philosopher-writer-poet-sculptor and self-styled prophet insisted, and, perhaps because Strong seemed sane and had come to court accompanied by an attorney, the judge finally relented.

Hence, since April 29, 1977, Frank James Strong has been Infinity.

Since then, Infinity has come to appreciate the judge's warnings. Not enough to revert back to being Frank James Strong, perhaps, but now he knows full well what Lattimore meant.

At 30, the former Frank James Strong is a tall, thin man whose way-out ways, dress and manner of speaking probably would classify him as one of this planet's weirder individuals. All that, plus having a one-word name, has created a year of hassles.

Hassles with the police, bankers, state and county officials, voter registration personnel, hospital workers — just about everyone he's met who made the tactical error of asking his name.

He has managed to cope with it all — until recently — and apparently the world has learned to cope with him. But that isn't too hard to do. Despite the way he's dressing nowadays — shaved head covered by cloth mesh, metal bracelets, sandals and denim robes — he comes across as a basically harmless and pleasant person.

His odyssey as "Infinity" may have begun when he walked out of 96th District Court, but he got his first sampling of how the world would treat him when he went to the Tarrant County Courthouse to ask about getting his birth certificate changed.

"After six months of waiting, they said the judge's

Turn to New on Page 2



Star-Telegram photo by DAVID

INFINITY . . . One-word names create hassles.

# newsfronts: page one #76

Star-Telegram News Service

The native of Waltrek, Ark., has 18 grandchildren and seven great-grandchildren. Her husband, D.O. James

# EXHIBIT "C"

L0700427 SMD

∞

Infinity

CDCR# C27692 C3/203 Low

Ironwood State Prison
19005 wiley's well Road
Blythe, CA 92226

COUNTY OF SACRAMENTO
BOARD OF SUPERVISORS

07 MAR -8 PM 1:26

The Clerk of the
Board of Supervisors
700 H street # 2450
Sacramento, CA 95814

#1. Claim Information:
   My Legal name is **Infinity**
   my Legal signature is the universal symbol of ∞

2. This claim is against:
   F. Temmerman, Deputy Clerk @ superior court

3. Date of Incident:
   February 26, 2007

4. Dollar amount of Claim is $7,000,000.00 non-
limited civil case for violating my 1st Amend.
right; causing deep Emotional Distress; caused
by the Intentional Discrimination against my
name / Identity.

5. Location of the incident is the super. Ct. of
CA. county of sacramento, 720 9th st. sac. CA.

6 Description of the specific Damage / Injury:

Temmerman addressed Claimant as Frank J.
Strong (aka 'Infinity') on Certificate of
Service By Mailing (C.C.P. Sec. 1013a(4))

7. Circumstances that led to the Damage/injury:
Claimant filed a petition for writ of
Mandamus.

8. The state of California is responsible for the
Damage/injury because F. Temmerman is a
Deputy Clerk, in the Super. Ct. of Sac.

9. The Clerk has no respect for my name.
The Court concur.

I declare under penalty of perjury
under the laws of the state of California
that the foregoing is true & correct.

3/4/07



Infinity

### CERTIFICATE OF SERVICE BY MAILING
#### (C.C.P. Sec. 1013a(4))

I, the undersigned deputy clerk of the Superior Court of California, County of Sacramento, do declare under penalty of perjury that I did this date place a copy of the Court's Ruling on Submitted Matter in envelopes addressed to each of the parties, or their counsel of record as stated below, with sufficient postage affixed thereto and deposited the same in the United States Post Office at Sacramento, California.

**FRANK J. STRONG (aka 'INFINITY')**
**C27692**
**IRONWOOD STATE PRISON**
**19005 WILEY'S WELL ROAD**
**BLYTHE, CA 92226**

Dated: February 26, 2007

Superior Court of California,
County of Sacramento

By: _____
Frank Temmerman,
Deputy Clerk

```
BOOK        :   20
DATE        :   FEBRUARY 26, 2007
CASE NO.    :   07CS00046
CASE TITLE  :   INFINITY v. SHELLEY
```

Superior Court of California,
County of Sacramento


BY:  F. TEMMERMAN,
     Deputy Clerk

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SACRAMENTO

| DATE<br>JUDGE | : FEBRUARY 26, 2007<br>: HON. JACK SAPUNOR | DEPT. NO<br>CLERK | : 20<br>: TEMMERMAN |
|---|---|---|---|
| INFINITY,<br>     Petitioner,<br><br>VS.<br><br>KEVIN SHELLEY, the Secretary of State of the State of California,<br>     Respondent. | | Case No.: 07CS00046 | |
| **Nature of Proceedings:** | **COURT ORDER** | | |

Petitioner Infinity brings this petition for writ of traditional mandate against Kevin Shelley, in his alleged capacity as the Secretary of State of the State of California ("Respondent"), to compel Respondent to (i) "re-establish communication" with Petitioner pursuant to California Corporation Code § 6810(f)[1]; (ii) determine that the failure of "The Church of God: The Omnipotent & Omniscient & Omnipresent Love" (the "corporation") to file a Statement of Information of Domestic Nonprofit Corporation in 2003 was excusable because of reasonable cause or unusual circumstances, and waive the penalty; and (iii) file a proposed Certificate of Amendment of Articles of Incorporation for the apparently suspended corporation. Petitioner contends this petition is necessary because of (1) the Secretary of State's alleged intent to sabotage and destroy the corporation; and (2) the Secretary of State's alleged conspiracy to render the corporation null and void by illegally suspending the powers of the corporation without due notice.

As an initial matter, the Court takes judicial notice that Kevin Shelley is not the Secretary of State, having been succeeded by Bruce McPherson who, in turn, was succeeded by the current Secretary of State, Debra Bowen.

---

[1] The "communication" that Petitioner apparently seeks is a response from the Secretary of State regarding Petitioner's attempts to submit a Statement of Information of Domestic Nonprofit Corporation on behalf of "The Church of God: The Omnipotent & Omniscient & Omnipresent Love," and the associated filing fee and penalty.

```
BOOK        :   20
DATE        :   FEBRUARY 26, 2007
CASE NO.    :   07CS00046
CASE TITLE  :   INFINITY v. SHELLEY
```

Superior Court of Califor
County of Sacramento

BY:  F. TEMMERMAN,
     Deputy Clerk

However, even if the petition properly named Debra Bowen in her capacity as the Secretary of State, the Court would be unable to hear the petition or grant a peremptory writ of mandate because Petitioner has not properly served the petition.

Attached to this ruling is the Court's guide to the procedures for prosecuting petitions for prerogative writs in the Sacramento Superior Court (the "Guide"). In accordance with Local Rule of Court 2.01(E), Petitioner is required to follow this Guide in applying for a stay, setting a hearing on the merits of a writ petition, bringing a motion prior to a hearing on the merits, and taking other actions covered in the Guide.

The specific procedures to set a hearing on the merits of a writ petition -- either by noticing a hearing on the petition for peremptory writ of mandate or by securing the issuance of an alternative writ of mandate -- are described in the Guide and must be followed.

The Guide also covers service of the petition. (*See* "Serving a Writ Petition" beginning at page 2 of the Guide.) The Guide states that a petitioner must serve the writ petition on respondent(s) and any real party(ies) in compliance with the requirements of Code of Civil Procedure sections 1107 and 1088.5. Where, as here, the petition does not seek an alternative writ (that is, only a peremptory writ is sought), the petition is required to be served in the same manner as an ordinary civil action under Part 2 of the Code of Civil Procedure.[2] (*See* Code Civ. Proc. §§ 411.10-417.40). This generally means the petition must be served either by personal service or by some form of substituted service which is authorized by law.[3] (*Board of Supervisors v. Superior Court* (1994) 23 Cal.App.4th 830, 841; *Wagner v. City of South Pasadena* (2000) 78 Cal.App.4th 943, 949-950.) Proof of proper service is required to be filed with the Court before a trial or hearing on the merits can be had.

Accordingly, if Petitioner desires to set a hearing on the merits, Petitioner must either (1) apply for the issuance of an alternative writ of mandate, which, if granted, will then need to be personally served on all interested parties; or (2) reserve, and give notice of, a hearing on the petition for peremptory writ of mandate, in which case the petition itself will need to be served personally (or by some form of substituted service) at least 45 days prior to the date of the hearing. Until this is done, the Court cannot hear the petition or grant a peremptory writ of mandate.

---

[2] As described more fully in the Guide, a hearing on the merits of a writ petition may be set in two ways: either by noticing a hearing on a petition for a peremptory writ, or by applying for and securing the issuance of an alternative writ. An application for an alternative writ may be served by mail (or may be submitted *ex parte*), but if an alternative writ is issued, the Court will require the alternative writ to be personally served.

[3] Service of a summons, however, is not required unless non-mandamus causes of action are joined with the petition. (*Board of Supervisors v. Superior Court* (1994) 23 Cal.App.4th 830, 835 fn.2, 842 fn.9.)

| | | |
|---|---|---|
| BOOK | : | 20 |
| DATE | : | FEBRUARY 26, 2007 |
| CASE NO. | : | 07CS00046 |
| CASE TITLE | : | INFINITY v. SHELLEY |

Superior Court of Californ
County of Sacramento

BY:　F. TEMMERMAN,
　　　Deputy Clerk

If Petitioner instead decides to withdraw his petition, the Court requests that Petitioner file an appropriate Request for Dismissal (Judicial Council of California Form CIV-110). (*See* Code of Civ. Proc. § 581 et seq.; California Rules of Court, rule 3.1390.)

**IT IS SO ORDERED.**

Date: _FEB 2 6_____, 2007          **JACK V. SAPUNOR**
                                   _____

                                   **Jack Sapunor**
                                   **Judge of the Superior Court of California**
                                   **County of Sacramento**

```
BOOK        :   20                      Superior Court of Californ
DATE        :   FEBRUARY 26, 2007       County of Sacramento
CASE NO.    :   07CS00046
CASE TITLE  :   INFINITY v. SHELLEY

                                        BY:  F. TEMMERMAN,
                                             _____
                                             Deputy Clerk
```

∞
Infinity
CDCR# C27692  C3/203 Low
19005 wileys well Road
Blythe, CA 92226
pro se & In Forma pauperis

Superior Court of California
County of Sacramento
720 ninth street
Sacramento, CA 95814
Case # 07CS00046

Nature of Petitioner's Request: "proof of service"
Petitioner request for the court to take judicial
Notice of the Sheriff's "proof of service"
on Kevin Shelley.

2/4/07


Infinity

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| Infinity<br>19005 Wiley s Well Rd<br>Blythe, CA 92226<br>E-MAIL | FAX | |

ATTORNEY FOR (Name):     **IN PROPRIA PERSONA**

**Sacramento Co. Superior Court**

STREET ADDRESS:     **720 9th Street**

MAILING ADDRESS:

CITY AND ZIP CODE:     **Sacramento, CA 95814**

BRANCH NAME:

| PLAINTIFF: | **Infinity** |
|---|---|
| DEFENDANT: | **Kevin Shelley - Secretary of State of th** |

| **PROOF OF SERVICE** | FILE NUMBER<br>**2007002535** | COURT CASE NUMBER<br>**07SC00046** |
|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

    f. other (specify documents):     **Attachment, Exhibit, Notice of Case Assignment, Petition for Writ of Mandamus, Guide to Procedures For Prosecuting Petitions for Prerogative Writs**

3. a. Party served:     **Kevin Shelley, the Secretary of State of California**

    b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made): **by leaving with Kenny Truong, Office Assistant, per policies and procedures**

4. Address where party was served:     **1500 11th Street, Room 390<br>Sacramento, CA 95814**

5. I served the party

    a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 2/1/2007 (2)at: 12:45 PM.

7. Person who served papers:

    a. Name: **R. Gil**

    b. Address: **Sheriff's Civil Division 3341 Power Inn Road, #313 Sacramento, CA 95826-3889**

    c. Telephone number: **(916) 875-2665**

    d. The fee for service was: **$30.00 (Waived)**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 6, 2007

           Sheriff's Authorized Agent<br>           John McGinness, Sheriff

Hearing:   <No Information>

Judicial Council form POS-010                  Original                  325527

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| **Infinity**<br>19005 Wiley s Well Rd<br>Blythe, CA 92226<br>E-MAIL:    Telephone _____   FAX _____ | | |

ATTORNEY FOR (Name):    **IN PROPRIA PERSONA**

**Sacramento Co. Superior Court**
STREET ADDRESS:    **720 9th Street**
MAILING ADDRESS:
CITY AND ZIP CODE:    **Sacramento, CA 95814**
BRANCH NAME:

PLAINTIFF:    **Infinity**

DEFENDANT:    **Kevin Shelley - Secretary of State of th**

| PROOF OF SERVICE | FILE NUMBER<br>**2007002535** | COURT CASE NUMBER<br>**07SC00046** |
|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the:

    f. other (specify documents):    **Attachment, Exhibit, Notice of Case Assignment, Petition for Writ of Mandamus, Guide to Procedures For Prosecuting Petitions for Prerogative Writs**

3.  a. Party served:    **Kevin Shelley, the Secretary of State of California**

    b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made): by leaving with Kenny Truong, Office Assistant, per policies and procedures

4.  Address where party was served:    **1500 11th Street, Room 390**
    **Sacramento, CA 95814** .

5.  I served the party

    a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 2/1/2007 (2)at: 12:45 PM.

7.  Person who served papers:

    a. Name: R. Gil

    b. Address: Sheriff's Civil Division 3341 Power Inn Road, #313 Sacramento, CA 95826-3889

    c. Telephone number: (916) 875-2665

    d. The fee for service was: $30.00 (Waived)

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                    **G. NORTHCROSS**
Date: February 6, 2007                              Sheriff's Authorized Agent
                                                    John McGinness, Sheriff

Hearing:  <No Information>

Judicial Council form POS-010            Mail Copy                          325527