# EXHIBIT "C"

IN THE

# Court of Appeal of the State of California

IN AND FOR THE

## THIRD APPELLATE DISTRICT

FILED

MAR - 2 2006

COURT OF APPEAL - THIRD DISTRICT
DEENA C. FAWCETT
BY_____ Deputy

INFINITY,
    Petitioner,
v.
THE MUNICIPAL COURT OF YOLO COUNTY,
    Respondent;
THE PEOPLE,
    Real Party in Interest.

C051986
Yolo County
No:

BY THE COURT:

The petition for writ of mandate is denied.

Dated: March 2, 2006

MORRISON, Acting P.J.

---

cc: See Mailing List

LIBRARY AND COURTS ANNEX
900 N STREET, ROOM 400
SACRAMENTO, CA 95814-4869
(916) 654-0209
www.courtinfo.ca.gov

OFFICE OF THE CLERK

# Court of Appeal
**THIRD APPELLATE DISTRICT**
STATE OF CALIFORNIA

DEENA C. FAWCETT
CLERK/ADMINISTRATOR

NORMAN H. HAREBOTTLE
ASSISTANT CLERK/ADMINISTRATOR

DEPUTIES:
DARLENE A. WARNOCK
D. BRUCE KORDENBROCK
ANITA L. KENNER
SANDY GREEN
GAYLE KELLY
ANNE K. MELINE
KAREN L. RODRIGUEZ
GRACE E. EMERO
THERESA DEVINE
REBEKAH S. THORNTON
ANA I. CAVAZOS
KATHI RUTHERDALE
SUSAN E. WELSH

February 27, 2006

Infinity, C-27692
P.O. Box 2199
Blythe, CA 92226

    Re:    Application for Waiver of Court Fees and Costs

Dear Sir:

    We are returning the above-referenced document as there is no indication that you have any matter pending in this court, nor any matter arising from a superior court within this appellate district.

                                                              Very truly yours,

                                                              DEENA C. FAWCETT,
                                                              Clerk/Administrator

                                                     By: *[signature]*

                                                         Norman H. Harebottle
                                                         Assistant Clerk/Administrator

cc: File

Enclosures: As noted above.

IN THE
# Court of Appeal of the State of California

IN AND FOR THE
### THIRD APPELLATE DISTRICT

**FILED**

MAY 25 2006

COURT OF APPEAL - THIRD DISTRIC
DEENA C. FAWCETT
BY_____ Deputy

INFINITY,
    Petitioner,
v.
THE SUPERIOR COURT OF SACRAMENTO COUNTY,
    Respondent;
THE PEOPLE,
    Real Party in Interest.

C052595
Sacramento County
No. 06CS00114

BY THE COURT:

    The petition for writ of mandate is denied. (See Gov. Code § 905.2, subd. (c).)

Dated: May 25, 2006

                            SCOTLAND, P.J.

--------------------------------

cc: See Mailing List

IN THE

# Court of Appeal of the State of California

IN AND FOR THE

## THIRD APPELLATE DISTRICT

MAILING LIST

Re: Infinity v. Superior Court, Sacramento County
C054344
Sacramento County
No. 06F10367

Copies of the attached document have been sent to the individuals checked below:

☑ Infinity
C-27692
Ironwood State Prison
P.O. Box 2129
Blythe, CA 92226

☑ Office of the State Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

Superior Court of California
County of Sacramento
720 Ninth Street, Appeals Unit
Sacramento, CA 95814

LIBRARY AND COURTS ANNEX
900 N STREET, ROOM 400
SACRAMENTO, CA 95814-4869
(916) 654-0209
www.courtinfo.ca.gov

**OFFICE OF THE CLERK**

DEENA C. FAWCETT
CLERK/ADMINISTRATOR

NORMAN H. HAREBOTTLE
ASSISTANT CLERK/ADMINISTRATOR

# Court of Appeal

**THIRD APPELLATE DISTRICT**

STATE OF CALIFORNIA

DEPUTIES:

DARLENE A. WARNOCK
D. BRUCE KORDENBROCK
ANITA L. KENNER
SANDY GREEN
GAYLE KELLY
ANNE K. MELINE
KAREN L. RODRIGUEZ
GRACE E. EMERO
THERESA DEVINE
REBEKAH S. THORNTON
ANA I. CAVAZOS
KATHI RUTHERDALE
SUSAN E. WELSH

February 27, 2006

Infinity, C-27692
P.O. Box 2199
Blythe, CA 92226

Re:   Application for Waiver of Court Fees and Costs

Dear Sir:

We are returning the above-referenced document as there is no indication that you have any matter pending in this court, nor any matter arising from a superior court within this appellate district.

Very truly yours,

DEENA C. FAWCETT,
Clerk/Administrator

By: *[signature]*
Norman H. Harebottle
Assistant Clerk/Administrator

cc:  File

Enclosures:  As noted above.

LIBRARY AND COURTS ANNEX
900 N STREET, ROOM 400
SACRAMENTO, CA 95814-4869
(916) 654-0209
www.courtinfo.ca.gov

OFFICE OF THE CLERK

DEENA C. FAWCETT
CLERK/ADMINISTRATOR

NORMAN H. HAREBOTTLE
ASSISTANT CLERK/ADMINISTRATOR

DEPUTIES:

DARLENE A. WARNOCK
D. BRUCE KORDENBROCK
ANITA L. KENNER
SANDY GREEN
GAYLE KELLY
ANNE K. MELINE
KAREN L. RODRIGUEZ
GRACE E. EMERO
THERESA DEVINE
REBEKAH S. THORNTON
ANA I. CAVAZOS
KATHI RUTHERDALE
SUSAN E. WELSH

# Court of Appeal

**THIRD APPELLATE DISTRICT**

STATE OF CALIFORNIA

December 20, 2006

Infinity
C-27692
Ironwood State Prison
19005 Wiley's Well Road
Blythe, CA 92226

Re:    Petition for Writ of Mandamus

Dear Infinity:

The petition submitted by you for filing and received on December 20, 2006, is being returned unfiled at the direction of the court. The petition does not comply with rule 56 of the California Rules of Court. Enclosed is a documented titled "Procedural Guidelines for Filing a Writ," which provides information of rules, statutes, case law, etc., required for filing a writ. If you wish to file a petition for writ of mandate, you must comply with the relevant rules of the California Rules of Court. Being incarcerated does not preclude you from complying with the rules of court.

Very truly yours,

DEENA C. FAWCETT
Clerk/Administrator

By: _____
Deputy Clerk

cc: See Mailing List

# EXHIBIT "D"

Exhibit "D"

EXHIBIT "D"

## LIFE PRISONER: NOTICE OF HEARING RIGHTS

**INMATE COPY**

9. <u>Assistance in Preparing for the Hearing; Assistance in Communication:</u>

   You may receive reasonable assistance in preparing for the hearing. If you are unable to effectively communicate due to language difficulties or a physical or mental defect, appropriate assistance (e.g., an interpreter) will be arranged for you (15 CCR Sec. 2251).

10. <u>Postponements:</u>

    A postponement is a delay of a hearing date requested and granted before the hearing actually starts. You may request a postponement by doing so in writing to department staff before the hearing or orally immediately prior to the hearing. Requests for postponements may be granted where good cause is found (see CCR Sec. 2253). Where the hearing has already started, continuances may be granted where: (1) insufficient information is present to determine any necessary fact (15 CCR Sec. 2238), or (2) the panel determines that a decision regarding parole cannot be made because of pending new criminal or disciplinary charges (15 CCR Sec 2272).

11. <u>Impartial Panel:</u>

    You are entitled to a hearing by an impartial panel and may request the disqualification of one or more panel members where grounds for disqualification exist (15 CCR Sec. 2250).

12. <u>Record; Decision:</u>

    You are entitled to a copy of the record of the hearing upon request (15 CCR Sec. 2254). You are entitled to a copy of the decision which includes the information considered and the reasons for the decision (15 CCR Sec. 2255).

Abbreviations:

   PC  = California Penal Code
   CCR = California Code of Regulations, formerly California Administrative Code
   CR  = California Appellate Reports

I have read and understand the list of rights and procedures (items 1 through 12, above) and I have had an opportunity to ask questions about any rights or procedures that I did not understand.

| Signature | CDC Number | Date |
|---|---|---|
| ∞ | C27692 | 8/17/2007 |

I explained the foregoing rights to the prisoner, provided him/her with an opportunity to ask questions, and answered all questions he or she asked.

| Signature | | Date |
|---|---|---|
| | | |

| Name | Title |
|---|---|

| NAME | CDC NUMBER | INST/REGION |
|---|---|---|
| INFINITY | C27692 | ISP/IV |

BPT 1002 (Rev. 9/90)

**INMATE COPY** pages

INMATE COPY

# LIFE PRISONER: REQUEST FOR ATTORNEY / WAIVER OF ATTORNEY OR WITHDRAWAL OF REQUEST

| Date of Hearing | Time of Hearing | Type of Hearing |
|---|---|---|
| FRIDAY, JANUARY 11, 2008 | 10:30 AM | SUB #9 |

**Please complete and return as instructed by staff as soon as possible but no later than 5 days after receipt.**

## REQUEST FOR ATTORNEY

[X] I request the assistance of an attorney at my hearing.

1. [ ] I have or can retain my own attorney. The attorney is:

| Attorney's Name | Telephone |
|---|---|
| | |

Attorney's Address

| Signature of Prisoner | CDC Number | Date |
|---|---|---|
| | | |

2. [X] I wish to have the state provide an attorney to assist me. I declare under penalty of perjury that I am indigent that (I have less than $1,500 in cash and/or accounts per Title 15 CCR §2255(c)) and cannot afford an attorney.

| Signature of Prisoner | CDC Number | Date |
|---|---|---|
| ∞ | C27692 | 8/17/2007 |

## WAIVER OF ATTORNEY

[ ] I waive my right to have an attorney.

On _____ (Date), I was informed that I have been scheduled to appear before the BOARD OF PRISON TERMS for a hearing. I was also informed of my right to be represented by an attorney at my Board hearing. I know that if I am indigent and cannot afford to retain an attorney, the state will appoint an attorney to represent me at state expense. Knowing this, I have decided that I DO NOT wish the assistance of an attorney at my Board hearing.

| Signature of Prisoner | CDC Number | Date |
|---|---|---|
| | | |

## WITHDRAWAL OF REQUEST FOR AN ATTORNEY

[ ] I withdraw my request for an attorney.

I have reconsidered my request for an attorney at my Board hearing and have decided that I DO NOT wish to have the assistance of an attorney at my Board hearing. This decision to withdraw my request for an attorney is not being made as a result of any promises or duress. I know that if I withdraw my request for an attorney, I will not be able to later request an attorney again for this hearing.

| Signature of Prisoner | CDC NUMBER | Date |
|---|---|---|
| | | |

| NAME | CDC NUMBER | INSTITUTION |
|---|---|---|
| INFINITY | C27692 | ISP |

BPT 1003 (Rev. 9/90)

INMATE COPY

BOARD OF PRISON TERMS

STATE OF CALIFORNIA

**INMATE COPY**

**REQUEST FOR INTERPRETER**

Please complete and return as instructed by staff as soon as possible but no later than 5 days after receipt.

_____ I do not speak or understand the English language, and I request the assistance of an interpreter at my hearing.

What language do you speak? _____

__X__ I do speak and understand the English language and do not need an interpreter.

| SIGNATURE | CDC NUMBER | DATE |
|---|---|---|
| ∞ | C27692 | 8/17/2007 |

---

**SOLICITUD PARA INTERPRETE**

Favor de llenar como le indique el miembro del personal y devolver tan pronto como le sea posible, en cinco días a más tardar.

_____ No hablo ni entiendo el idioma inglés, y solicito la ayuda de un intérprete en mi audiencia.

| FIRMA | NUMERO DE CDC | FECHA |
|---|---|---|
| | | |

| NAME | CDC NUMBER | INST/REGION |
|---|---|---|
| INFINITY | C27692 | ISP/IV |

BPT 1079 (Rev. 9/1/82)

**INMATE COPY**

# NOTICE OF DATE, TIME AND PLACE OF HEARING

**INMATE COPY**

Your _____**SUB #9**_____ hearing is scheduled for
(Type)

_____**10:30 AM**_____ on _____**FRIDAY, JANUARY 11, 2008**_____
(Time)                                    (Date)

at  **IRONWOOD STATE PRISON**

**COMPLEX I   FACILITY   B   BOARD OF PRISON TERMS HEARING ROOM**

## CERTIFICATE OF SERVICE

On _____*Aug. 17, 2007*_____

I  [✓] gave       [ ] mailed this notice to the prisoner/parolee.

| Signature of State Agent | Date |
|---|---|
| *H. Huelin CC1* | 8-17-07 |

**Receipt Acknowledged**  *(For Institutional Use Only)*

| Signature | CDC Number | Date |
|---|---|---|
| ∞ | C27692 | 8/17/2007 |

| NAME | CDC NUMBER | INST/REGION |
|---|---|---|
| INFINITY | C27692 | ISP/IV |

**INMATE COPY**

BPT 1080 (Rev. 8/1/81)

BOARD OF PRISON TERMS
**NOTICE AND REQUEST FOR ASSISTANCE AT PAROLE PROCEEDING**
BPT 1073

STATE OF CALIFORNIA

### I. PRE-INTERVIEW FILE REVIEW (STAFF ONLY)

I acknowledge that I have reviewed all relevant and reasonably available central file and/or field file information prior to first contact with the inmate/parolee involved in this parole proceeding. For revocation proceedings, this file review must include, at the minimum, a review of the CDC Form 611 (revised 05/01) or a Parolee Disability Review Sheet (PDRS) and attached documents, if any.

Print Name: _____ Sign Name: _____ Date: _____

**Identified Disabilities**

☐ Mental Health Concerns (Circle One)   CCCMS   EOP   MHCB   DMH   128C dated: _____

☐ Developmental Disability (Circle One)   DD1   D1A   DD2   DD3   128C-2 dated: _____

☐ Physical Disability (Circle all that apply) (verified on CDC Form 1845) Dated _____
  Mobility (DPW / DPO / DPM / DNM)   Vision: (DPV/DNV)   Hearing: (DPH / DNH)   Speech: (DPS / DNS)

☐ Other Disability (that may limit access): _____ documented on _____ dated: _____

☐ Learning Disability documented on _____ dated: _____

☐ NO DISABILITIES IDENTIFIED FROM THE FILE REVIEW.

**Other Potential Assistance Needs:**

☐ Reading Level _____ Total GPL _____ (If not available, note "N/A")

☐ Non-English Speaking (List language(s) inmate/parolee speaks): _____

### II. INMATE/PAROLEE RIGHTS & SELF IDENTIFICATION

You have a right to receive help for your hearing. If you need help talking, reading, hearing, seeing, understanding or getting to your hearing, you have a right to that help. You have a right to receive help in meeting with your attorney. If you do not speak English, you have a right to an interpreter. If you are deaf and use sign language, you have a right to a sign language interpreter. If you cannot read, the BPT or CDC must provide you with help to read the forms and papers. If you need special transportation, the BPT or CDC must provide it for you.

**Check all that apply:**

☐ I need help reading my documents.
☐ I need help understanding the procedures and forms.
☐ I need a sign language interpreter.
☐ I need a wheelchair and I ☐ do have one. ☐ do not have one.
☐ I do not speak English and need an interpreter in _____
☐ Other _____
☐ **I do not need any help for my parole hearing.**

☐ I need the following help to hear _____
☐ I need the following help to see _____
☐ I need to communicate in writing.

_____ (language)

X _____   _____   X _____
Inmate/Parolee Signature            CDC #                        Date Signed

### III. INITIAL SERVICE OF RIGHTS (STAFF ONLY)

I have informed inmate/parolee of his/her rights and charges, if any, and have determined that he/she:

☐ Appears to understand                         ☐ Appears to have difficulty understanding

☐ Effective Communication Method Used: (Foreign language interpreter, sign language interpreter, read/spoke slowly, assistive device, etc.)

Additional Comments: _____

_____   _____   _____
Staff Name and Title (please print)   Staff Signature             Date

### IV. BPT REVIEW FOR INTERNAL USE ONLY (Non-Lifer Cases)

Accommodation(s)/Assistance to be provided at hearing(s): _____

_____   _____   _____
Staff Name and Title (please print)   Staff Signature             Date

NAME _____ | CDC # _____ | TYPE OF HEARING _____ | DATE OF HEARING _____ | LOCATION _____

BPT 1073 (Rev 10/04)   Distribution: White – C-file, Canary – ADA Coordinator, Pink – BPT ADACU, Goldenrod – Inmate/Parolee

# Declaration of Service By Mail

Case name: ∞ v. Richard W. Wieking, et al.

Case #: _____

Name Document: Petition for Writ of Mandamus

_____

I am a spiritual warrior of Love; in political Bondage in the wilderness of the Mojave Desert, emprisoned at 19005 Wiley's Well rd. I am 18 yrs. of age or older & _____ a party to this matter I served the attached Documents by giving them to a prison guard on 9/12/2007

Office of the Clerk, Richard W. Wieking of the U.S. District Court for the Northern District of California, 450 Golden Gate Ave., San Francisco, CA 94102 / G. Ahmed, S. Rossi, Frank Tammerman, Clerks of the Superior Court of California, County of Sacramento / Deena C. Fawcett Clerk/Administrator of the Court of Appeal 3rd Appellate District of California, 900 N. Street, Sacramento, CA 95814-4869

I declare under penalty of perjury under the laws of the U.S.A. the foregoing is True & correct.

Date: 9/12/07

∞
_____
Infinity

The Church Of GOD, The Omnipotent & Omniscient, & Omnipresent LOVE; The Most High, Most Gracious, Most Merciful... Most Forgiving; the Irresistible; Creator, Cherisher, & Sustainer Of All the Worlds; Alpha & Omega; The Best Protector, the Only Life-Giver, Master Of The Day Of Judgement, The Supreme Judge; The Almighty; The Most Beautiful Beauty Of beauty, Most Serene, Most Kind, Most Gentle, Most Mysterious, Most Understanding, Most Worthy Of All Praises & Glory, Most Unique, Most Awesome, Most Beneficent, Most Benevolent, Most Nurturing Most Sacred Most Holy, Most Glorious, The Best Provider; Oneness; One Truth; Of One Reality; Of One LOVE; Of One SPIRIT; Of One GOD: the Avenger, Destroyer, Healer Retribution, the Comforter, Lo... & Behold! the Guiding Light

Proof of Service